1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-5244;  Fax: (619) 531-6005
4  E-mail: james.chapin@sdcounty.ca.gov

5  Attorneys for Defendants County of San Diego, Romeo De Guzman, Dana Harris
       and Maria Llamado

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, a Public Entity; SAN DIEGO COUNTY JAIL, a Public Entity; and DOES 1-100,<br><br>　　　　　　Defendants. | No. 16cv1004-BEN(AGS)<br><br>SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:  July 10, 2017<br>Time: 10:30 a.m.<br>Dept.:  5A - Courtroom of the Honorable Roger T. Benitez<br>Pre-Trial Conference Date: Sept. 18, 2017 |

Defendants submit this separate statement of undisputed material facts, together with references to supporting evidence, in support of their motion for summary judgment.

///
///
///
///
///
///
///
///

16cv1004-BEN(AGS)

| **Defendants' Undisputed Material Facts and Supporting Evidence** | **Opposing Party's Response and Supporting Evidence** |
|---|---|
| ALL CAUSES OF ACTION ||
| 1. Ronnie Sandoval was booked into San Diego Central Jail at about 2:43 p.m. on February 22, 2014.  He did not appear to be under the influence of drugs or in medical distress at that time.<br><br>**Evidence:** Ex. A - Dec. of Henry Castro; Ex. B - Dec. of Deborah Bell. | |
| 2. No member of the jail staff knew that Ronnie Sandoval was in need of immediate medical care until Sgt. Shawcroft observed him slumping on the bench in medical observation cell #1 at 12:55 a.m. on February 23, 2014.<br><br>**Evidence:** Ex. C - Dec. of Matthew Chavez; Ex. D - Dec. of Cesar Costa; Ex. E - Dec. of Michael Bryan; Ex. F - Dec. of Lavinia Martinez; Ex. G - Dec. of Graham Wilkinson; Ex. H - Dec. of Romeo De Guzman; Ex . M - Dec. of Richard Geller, ¶¶ 4-9; Ex. P - Depo. of Dana Harris, 67:22-68:18. | |
| 3. Before 12:55 a.m. Sandoval did not exhibit any of the clinical signs and symptoms of acute methamphetamine intoxication or the need for immediate medical care.<br><br>**Evidence:**  Ex. M - Dec. of Richard Geller, ¶4. Ex. N - Dec. of Alicia Minns, ¶5; Ex. A - Dec. of Henry Castro; Ex. B - Dec. of Deborah Bell; Ex. C - Dec. of Matthew Chavez; Ex. D - Dec. of Cesar Costa; Ex. E - Dec. of Michael Bryan; Ex. F - Dec. of Lavinia Martinez; Ex. G - Dec. of Graham Wilkinson; Ex. H - Dec of Romeo De Guzman. | |

///

///

///

///

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | 4. Sandoval had been placed in an observation cell in the nurses' station which had a full window facing the nurses so that he could be seen at all times.<br><br>**Evidence:** Ex. I - Depo. of Maria Llamado, 58:13-59:19, 60:14-61:7, 49:4-12; Ex. O - Depo. of Romeo De Guzman, 64:10-20; Ex. P - Depo. of Dana Harris 67:9-71:11. | |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | 5. When Sgt. Shawcroft saw Sandoval slumping on the bench, he immediately summoned Nurse Harris. Nurse Harris and Nurse Llamado responded and began assessment and treatment. Nurses checked blood pressure, oxygen level, pupil reaction and all vital signs were stable. Sandoval did not appear to be having a seizure and EMT response was immediately requested. When his condition deteriorated, paramedics were called at 1:20 a.m.<br><br>**Evidence:** Ex. K - Dec. of Robert Shawcroft; Ex. I - Depo. of Maria Llamado, 39:22-40:8, 53:8-17, 126:3-8, 75:10-76:13, 78:11-79:19; 115:21-116:13: Ex. P - Depo. of Dana Harris, 62:4-64:2, 66:3-69:12, 75:2-81:19, 85:4-25, 91:22-24, 96:9-19, 103:23-105:2, 111:7-112:4, 188:18-24, Exh. 7. | |
| 18<br>19<br>20<br>21<br>22<br>23 | 6. Emergency Medical Technicians and Paramedics responded and continued resuscitative efforts. Sandoval died from acute methamphetamine intoxication. He could not have been revived even if he had been in the emergency room when he collapsed.<br><br>**Evidence:** Ex. K - Dec. of Robert Shawcroft; Ex. M - Dec. of Richard Geller; Ex. N - Dec. of Alicia Minns | |
| 24<br>25<br>26<br>27<br>28 | 7. This is only time there has been a death of anyone in this observation cell.<br><br>**Evidence:** Ex. O - Depo. of Romeo De Guzman, 121:8-13. | |

| | |
|---|---|
| 8. The actions of each of the nurses met the standard of care.<br><br>**Evidence:** Ex. N - Dec. of Alicia Minns | |

DATED: May 18, 2017   THOMAS E. MONTGOMERY, County Counsel

By: s/ JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendants County of San Diego,
Romeo De Guzman, Dana Harris and Maria Llamado
E-mail: james.chapin@sdcounty.ca.gov