

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ana Sandoval, individually and as successor in interest to Ronnie Sandoval, Jr. ; Ronnie Sandoval, Jr. individually ; Josiah Sandoval individually<br>**Plaintiff,**<br>V.<br>County of San Diego, a Public Entity; San Diego County Jail, a Public Entity; Romeo de Guzman, Doe 2; Maria Llamado, Doe 3; Dana Harris, Doe 4; DOES 1-100<br>**Defendant.** | Civil Action No. 16cv1004-BEN-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds summary judgment appropriate for each of Plaintiffs' federal claims, upon which its jurisdiction is based. The Court declines to retain supplemental jurisdiction over Plaintiffs' remaining state law claims, which are hereby Remanded to the San Diego Superior Court.

Date: 2/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard

A. Hazard, Deputy