FERNANDO KISH, Senior Deputy (SBN 236961)
SYLVIA S. ACEVES, Senior Deputy (SBN 267381)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4713; Fax: (619) 531-6005
E-mail:  fernando.kish@sdcounty.ca.gov
E-mail:  sylvia.aceves@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Romeo De Guzman, Dana Harris and Maria Llamado

Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:   (619) 826-8060
Facsimile:   (619) 826-8065

Vincent Renda, Esq., SBN 213985
vr@rendalawofices.com
RENDA LAW OFFICES, P.C.
600 West Broadway, Suite 400
San Diego, CA 92101
Telephone:   (619)819-0011
Facsimile:   (619) 819-0012

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, a Public Entity; SAN DIEGO COUNTY JAIL, a Public Entity; and DOES 1-100,<br><br>　　　　　Defendants. | No. 16cv1004-BEN(AGS)<br><br>**JOINT MOTION TO DISMISS CERTAIN CLAIMS** |

16cv1004-BEN(AGS)

Plaintiffs Ana Sandoval, individually and as successor in interest to Ronnie Sandoval, Ronnie Sandoval, Jr., and Josiah Sandoval (collectively "Plaintiffs") and Defendants County of San Diego, Romeo de Guzman, Dana Harris, and Maria Llamado (collectively, "Defendants"), through their respective attorneys of record, HEREBY STIPULATE and AGREE that Plaintiffs will not pursue the following claims[1] any further:

Fourth Cause of Action – Negligence

Seventh Cause of Action – Negligent Hiring, Supervision and Retention

Eighth Cause of Action – Intentional Infliction of Emotional Distress

Ninth Cause of Action – Reckless Endangerment & Increased Risk of Harm

As such, Pursuant to Federal Rules of Civil Procedure, Rules 41(a)(1)(A)(ii) and 15(a)(2), the parties jointly move this Court for an order dismissing these claims, with prejudice, with each party to bear their own attorneys' fees and costs:

Respectfully submitted,

DATED: April 8, 2022          Office of County Counsel

By: s/FERNANDO KISH, Senior Deputy

Attorneys for Defendants County of San Diego, Romeo De Guzman, Dana Harris and Maria Llamado
E-mail: fernando.kish@sdcounty.ca.gov

DATED: April 8, 2022          **MORRIS LAW FIRM, APC**

s/ Danielle R. Pena
Christopher S. Morris, Esq.
Danielle R. Pena, Esq.
Attorneys for Plaintiffs

---

[1] In its order granting summary judgment—which was later reversed on appeal—this Court did not rule on Plaintiffs' state law claims. *See* ECF Doc No. 39, page 30 ("The Court declines to retain supplemental jurisdiction over Plaintiffs' remaining state law claims, which are hereby **REMANDED** to the San Diego Superior Court.") As such, these claims were not part of the appeal process. In an effort to minimize further time and expense spent on these issues, the parties have met and conferred and agreed to narrow the state law claims as indicated in this joint motion.

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document is acceptable to Danielle R. Pena, counsel for Plaintiffs, and that I have obtained Ms. Pena's authorization to affix her electronic signature to this document.

Respectfully submitted,

DATED:  April 8, 2022

Office of County Counsel

By: s/FERNANDO KISH, Senior Deputy

Attorneys for Defendants County of San Diego, Romeo De Guzman, Dana Harris and Maria Llamado
E-mail: fernando.kish@sdcounty.ca.gov

- 2 -

16cv1004-BEN(AGS)