1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | ESTATE OF RONNIE PAUL SANDOVAL, et al., | Case No. 16cv1004-BEN-SBC |
| 12 | | **JUDGMENT IN A CIVIL ACTION** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | COUNTY OF SAN DIEGO, et al.; | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

A jury tried this action, with the Honorable Roger T. Benitez presiding, and the jury rendered its verdict on April 25, 2024 (Dkt. 189 & 190).

WHEREFORE, IT IS ORDERED AND ADJUDGED:

Verdict in favor of Plaintiff Estate of Ronnie Paul Sandoval against Defendants Romeo DeGuzman and Dana Harris in accord with Dkt. 189 in the amount of $1,800,000.

Costs and attorney's fees are to be determined by further order of the Court.

It is HEREBY ORDERED that this Judgment be entered.

Dated: February 10, 2025

_____
Roger T. Benitez
UNITED STATES DISTRICT JUDGE