Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL. <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO; <br><br> Defendants. | Case No. 16cv1004-BEN-SBC <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES** <br><br> Date: June 9, 2025 <br> Time: 10:30 a.m. <br> Dept.: 5A <br> Judge: Hon. Roger T. Benitez |

TO: DEFENDANTS AND TO THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2025, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled court, before the Honorable Roger T. Benitez, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Plaintiffs, by and through his counsel of record, PHG Law Group and Law Office of Joseph M. McMullen, will move the court for attorney's fees and costs, pursuant to 42 U.S.C. Section 1988 and Federal Rule of Civil Procedure Rule 54 as the prevailing party.

The motion is based upon this notice, the accompanying motion and memorandum of points and authorities in support, attachments thereto, the Declarations Danielle R. Pena, Joseph M. McMullen, Vincent Renda, Carol A. Sobel, Julia Yoo, Eugene Iredale, Timothy Scott, and Timothy Blood and attachments thereto, the proposed order granting Plaintiff's motion, and the papers and pleadings on file in this action.

**PHG Law Group**

Dated: April 4, 2025

s/ *Danielle R. Pena*
Danielle R. Pena, Esq.
Attorneys for Plaintiffs

2

MOTION FOR ATTORNEY FEES                    16CV1004-BEN-SBC