Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Public entity; SAN DIEGO COUNTY JAIL, a Public Entity, and DOES 1 through 100;<br><br>Defendants. | Case No. 16cv1004-BEN(AGS)<br><br>**DECLARATION OF VINCENT RENDA IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Date: June 9, 2025<br>Time: 10:30 a.m.<br>Courtroom 5a<br>Hon. Roger T. Benitez |

I, Vincent Renda, declare:

1. I am an attorney licensed to practice law in this state and before this Court. I am the owner of Pinnacle Legal P.C., co-counsel of record for Plaintiffs in this action. I know the matters stated herein of my own personal knowledge and if called upon to testify, would competently testify as set forth herein.

2. I make this declaration in support of Plaintiffs' motion for attorneys' fees and litigation costs post-judgment in this action.

3. I was the originating attorney in this case. I filed the Government tort claim and the Summons and Complaint in State Court. Following a meet and confer discussion with County Counsel wherein they advised me they would be filing a Motion for Summary Judgment, I sought out co-counsel with experience in Section 1983 law.

4. Thereafter, I communicated with numerous attorneys between San Diego and Los Angeles regarding this matter. After nearly eleven (11) years, I cannot recall the number or names of the attorneys I spoke to, but I can recall reaching out to the attorneys at Iredale and Yoo, APC. It seemed the various attorneys were uninterested in taking on the case with me because: 1) Mr. Sandoval's extensive (and violent) criminal history; 2) the fact Mr. Sandoval ingested a large amount of methamphetamine and chose not to inform jail personnel despite being directly asked on multiple occasions; and 3) the difficulty of prevailing on these types of cases as it was likely any misconduct was be immunized by the doctrine of qualified immunity.

5. I billed a total of 148 hours in this matter at the rate of $475.00 per hour, totaling $70,300. Lastly, I incurred costs in the amount of $5,664.64.

6. Each of the costs in this matter, as reflected on the law firm ledger attached as Exhibit A, were kept in the ordinary and usual course of business. When my law firm issued payment for an invoice in this case, my staff or I recorded the payment amount issued and recorded the cost as related to this

case. Due to the passage of time and software system changes, I do not have access to a few of the original invoices for the costs which were incurred and entered into my law firm's billing system. However, I am certain that each cost recorded and reflected on the ledger, Exhibit A, is a true and accurate reflection of the costs actually incurred in this matter.

7. The information below shall summarize my experience as a lawyer, all of which is applicable to my billing invoice in this case.

8. I have been licensed to practice law in the State of California since June of 2001, and have maintained my license in good standing as an active California lawyer since admission to the California bar.

9. I received a B.S. degree in Business Administration with an emphasis in Finance and a Minor in Italian Language from the California State University, Chico in May of 1998. Thereafter I attended the University of San Diego School of Law, graduated in two and a half years in December of 2000, and passed the February 2001 bar examination.

10. I founded Renda Law Offices, P.C. in 2009 and Pinnacle Legal P.C. in 2021 (www.pinlegal.com). The law firm focuses on civil litigation, real estate work, bankruptcy law, and bankruptcy litigation. Before that, from 2001-2004 I was an attorney with Hayes Simpson Greene LLP in San Diego. In 2004 I passed the New York bar examination and worked as legal counsel to Steinberg, Fineo & Berger P.C. in New York from approximately 2004 to 2009.

11. Over the course of my legal career to date, I have been directly and personally involved in hundreds of litigation cases and have taken dozens of cases to trial.

12. Here, Plaintiff requests an award of attorneys' fees using the traditional "lodestar" methodology, "based on the reasonable hours spent, multiplied by the hourly prevailing rate for private attorneys in the community conducting noncontingent litigation of the same type." *Highland Springs*

3

*Conference & Training Center v. City of Banning* (2019) 42 Cal.App.5th 416.

13. To determine the reasonable hourly rate, courts consider the rate prevailing in the community for similar work. *In re Tobacco Cases I* (2013) 216 Cal.App.4th 570, 582. The "reasonable market value" determination is simply an "hourly amount to which attorneys of like skill in the area would typically be entitled." *Ketchum v. Moses* (2001) 24 Cal.4th 1122, 1133.

14. Here, I am seeking a reasonable hourly rate of $475 for my own time on this matter, which is based on my nearly twenty-four (24) years of complex litigation experience. Given my history, experience, and the prevailing rate for private attorneys in the San Diego community, $475 per hour is reasonable, as discussed herein.

15. What constitutes a reasonable fee is committed to the exercise of the court's sound discretion (*Ketchum, supra*, 24 Cal.4th at 1132–1134; *Gunther v. Alaska Airlines, Inc.* (2021) 72 Cal.App.5th 334, 357–358), including the "court's own view of the number of hours reasonably spent" (*United Grand Corporation v. Stollof* (2022) 74 Cal.App.5th 62, 70), such as by taking judicial notice of the court's own files and records "for the specific purpose of establishing the nature and extent of [legal] services" "performed on a litigant's behalf" (*Mai v. HKT Cal, Inc.* (2021) 66 Cal.App.5th 504, 523–524 (quotations/citations omitted)).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on February 24, 2025, at San Diego, California.

By: _____
Vincent Renda, Esq.
Attorneys for Plaintiffs

4

EXHIBIT A

**PINNACLE LEGAL P.C.**
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

Client:     Ana Sandoval

Matter:     *Estate of Ronnie Paul Sandoval v. County of San Diego*

Case No:    16cv1004-BEN(AGS)

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 4/30/2014 | Vincent Renda | $475.00 | 3.5 | $1,662.50 | Review matter, conduct research and draft Letter of Representation and Request for Records to San Diego County Sheriff Dept. |
| 4/30/2014 | Vincent Renda | $475.00 | 0.1 | $47.50 | Communicate with client |
| 5/23/2014 | Vincent Renda | $475.00 | 0.1 | $95.00 | Receive and review of letter from County of San Diego regarding Notice of Insufficient Claim |
| 7/7/2014 | Vincent Renda | $475.00 | 0.2 | $95.00 | Communicate with client |
| 7/9/2014 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of letter from County of San Diego regarding Notice of Rejection of Claim |
| 7/28/2014 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of letter from County of San Diego |
| 9/29/2014 | Vincent Renda | $475.00 | 8 | $3,800.00 | Conduct detailed legal research. Review and finalize Complaint, Summons, Civil Case Cover Sheet. |
| 9/29/2014 | Vincent Renda | $475.00 | 0.2 | $95.00 | Communicate with client |
| 10/1/2014 | Vincent Renda | $475.00 | 0.1 | $47.50 | Review Complaint packet from court. Calendar dates. |
| 10/1/2014 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate with all parties |
| 11/5/2014 | Vincent Renda | $475.00 | 0.2 | $95.00 | Prepare mailing to San Diego Clerk of Court regarding filing of proof of service of summons. |
| 11/7/2014 | Vincent Renda | $475.00 | 0.9 | $427.50 | Review docket and review file, analyze similar cases and case law |

1

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 11/24/2014 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with client |
| 11/25/2014 | Vincent Renda | $475.00 | 0.8 | $380.00 | Review file, conduct research, draft amendment to complaint for doe defendant |
| 11/25/2014 | Vincent Renda | $475.00 | 0.3 | $142.50 | Prepare amendment to complaint re DOE 1. |
| 12/2/2014 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of defendant's Answer to Complaint, analysis of issues |
| 1/23/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Prepare Demand for Inspection and Copy of Production of Documents and Request for Admissions (Set One) to County of San Diego. |
| 2/2/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Prepare Special Interrogatories and Form Interrogatories (Set One) to County of San Diego. |
| 2/18/2015 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of defendants Case Management Statement, and communicate with client on case matters |
| 2/20/2015 | Vincent Renda | $475.00 | 0.8 | $380.00 | Receive and review of defendants Request for Production of Documents and Special Interrogatories (Set One) to Ana Sandoval, contact client |
| 2/26/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Revise and edit draft of responses to defendants production of documents |
| 3/6/2015 | Vincent Renda | $475.00 | 3.5 | $1,662.50 | Travel to and attend Case Management Conference, report status and communicate w/client |
| 3/10/2015 | Vincent Renda | $475.00 | 0.8 | $380.00 | Receive and review of defendant's response to Forn Interrogatories, Request for Production of Documents, Request for Admission and Special Interrogatories (Set One) |

2

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 3/10/2015 | Vincent Renda | $475.00 | 3 | $1,425.00 | Review and analyze disc 1 of defendants video production re response to Request for Production of Documents (Set One) |
| 3/10/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Review and analyze disc 2 of defendants video production re response to Request for Production of Documents (Set One) |
| 3/11/2015 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with client |
| 3/18/2015 | Vincent Renda | $475.00 | 0.9 | $427.50 | Communicate with client and conduct legal research |
| 3/18/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Draft letter to Dana Harris, RN. Finalize. |
| 3/18/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Draft letter to Romeo DeGuzman, RN. Finalize. |
| 3/18/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Draft letter to Maria Llamado, RN. Finalize. |
| 3/20/2015 | Vincent Renda | $475.00 | 4.5 | $2,137.50 | Review and analyze plaintiff production re response to Request for Production of Documents (Set One) |
| 3/25/2015 | Vincent Renda | $475.00 | 0.2 | $95.00 | Communicate with Chapin. Esq. regarding extension to respond to discovery. |
| 3/25/2015 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with all parties, strategize and review file |
| 4/7/2015 | Vincent Renda | $475.00 | 3 | $1,425.00 | Draft and finalize responses to Special Interrogatories and Request for Production (Set One) and Form Interrogatories (Set Two) |
| 4/15/2015 | Vincent Renda | $475.00 | 0.8 | $380.00 | Communicate with co-counsel and conduct legal research |
| 7/10/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Reviewing Discovery |

3

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 7/10/2015 | Vincent Renda | $475.00 | 1.8 | $855.00 | Draft and finalize Ex Parte Application Requesting Continuance of Trial and Related Dates. File and serve. |
| 7/14/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of minute order |
| 7/14/2015 | Vincent Renda | $475.00 | 3 | $1,425.00 | Travel to and attend ex parte hearing and communicate w/client |
| 7/15/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Further Discovery Review |
| 7/15/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of Notice of Rescheduled Trial and Trial Readiness Conference. |
| 7/20/2015 | Vincent Renda | $475.00 | 3.5 | $1,662.50 | Review Audio Interviews |
| 7/21/2015 | Vincent Renda | $475.00 | 2.5 | $1,187.50 | Further Review of Audio Interviews |
| 7/22/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Further Review of Discovery |
| 7/23/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Further Review of Discovery |
| 7/24/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Cont. Further Review of Discovery |
| 7/31/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Review of Discovery |
| 8/5/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Revision of Discovery |
| 8/31/2015 | Vincent Renda | $475.00 | 3 | $1,425.00 | Prepare Demand for Inspection and Copy of Production of Documents, Request for Admissions and Special Interrogatories (Set Two) to County of San Diego. |
| 9/1/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Prepare discovery packet to County of San Diego for service. |

4

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 9/1/2015 | Vincent Renda | $475.00 | 0.7 | $332.50 | Communicate with all parties, review docket, and strategize |
| 9/30/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of letter from County of San Diego regarding extension |
| 9/30/2015 | Vincent Renda | $475.00 | 0.2 | $95.00 | Communicate with client and review file |
| 10/20/2015 | Vincent Renda | $475.00 | 0.8 | $380.00 | Receive and review of defendant's response to Request for Production of Documents, Request for Admission and Special Interrogatories (Set Two) |
| 10/20/2015 | Vincent Renda | $475.00 | 4 | $1,900.00 | Review and analyze defendants audio production re response to Request for Production of Documents (Set Two) |
| 10/22/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive verifications to discovery responses from county of San Diego |
| 12/1/2015 | Vincent Renda | $475.00 | 1 | $475.00 | Receive and review autopsy report, conduct research |
| 12/1/2015 | Vincent Renda | $475.00 | 2.5 | $1,875.50 | Calls with other attorneys to co-counsel |
| 12/10/2015 | Vincent Renda | $475.00 | 2 | $950.00 | Receive and review defendant's Motion for Summary Judgment and supporting pleadings. |
| 12/15/2015 | Vincent Renda | $475.00 | 0.5 | $237.50 | Prepare Notice of Association of Counsel. Mail to court for filing. Communicate with all parties |
| 12/15/2015 | Vincent Renda | $475.00 | 2.5 | $1,187.50 | Draft Declaration of Ana Sandoval in Support of Petition for Order Authorizing Probate of the Estate of Ronnie Paul Sandoval |
| 12/15/2015 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with client and all parties |
| 12/16/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Review file, execute and send notice of association of counsel |

5

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 12/18/2015 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receipt and review of court filing |
| 12/21/2015 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate with co-counsel re: motion to amend, conduct research |
| 12/21/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Review file and conduct legal research |
| 12/21/2015 | Vincent Renda | $475.00 | 1 | $475.00 | Receive and review video details |
| 12/22/2015 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receipt and review of ex parte application to shorten time to hear plaintiff's motion to amend complaint |
| 12/22/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Conduct legal research. Draft ex parte application for an Order to Shorten Time to Hear Plaintiff's Motion to Amend the Complaint and supporting declaration. File and serve. |
| 12/23/2015 | Vincent Renda | $475.00 | 3 | $1,425.00 | Travel to and attend ex parte hearing |
| 12/28/2015 | Vincent Renda | $475.00 | 1.5 | $712.50 | Draft and finalize Deposition Subpoena for Personal Appearance to Michael Castro. Send for service. |
| 12/28/2015 | Vincent Renda | $475.00 | 0.6 | $285.00 | Communicate with co-counsel and staff, conduct research |
| 1/13/2016 | Vincent Renda | $475.00 | 0.9 | $427.50 | Draft and finalize Proposed Order re ex parte hearing. File and serve. |
| 1/29/2016 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review order granting ex parte application to continue trial dates. |
| 2/8/2016 | Vincent Renda | $475.00 | 0.6 | $285.00 | Communicate with client and review file |
| 2/9/2016 | Vincent Renda | $475.00 | 0.6 | $285.00 | Draft Notice of Deposition of Romero DeGuzman, Matthew Chavez, Nolan Edge and Robert Shawcroft. Prepare for service. |

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 2/10/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Prepare Notice of Errata |
| 2/11/2016 | Vincent Renda | $475.00 | 1 | $475.00 | Draft Amended Notice of Deposition of Romero DeGuzman, Matthew Chavez, Nolan Edge and Robert Shawcroft. Prepare for service. |
| 2/22/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of County of San Diego Opposition to Motion for Leave to Amend Complaint. |
| 2/22/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with co-counsel and review file |
| 2/25/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Prepare Amended Notice of Deposition of Michael Castro. Serve. |
| 2/26/2016 | Vincent Renda | $475.00 | 0.9 | $427.50 | Draft and finalize Declaration in Support of Reply to Opposition to Motion for Leave to Amend Complaint. |
| 3/2/2016 | Vincent Renda | $475.00 | 4 | $1,900.00 | Prepare for deposition of Michael Castro |
| 3/3/2016 | Vincent Renda | $475.00 | 3 | $1,425.00 | Travel to and take deposition of Michael Castro. |
| 3/3/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate with all parties, strategize and review file |
| 3/3/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of tentative ruling, conduct research |
| 3/6/2016 | Vincent Renda | $475.00 | 3 | $1,425.00 | Travel to and attend hearing for leave to amend |
| 3/6/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate w/client an co-counsel, discuss next steps and case matters |
| 3/7/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Prepare Amended Notice of Deposition of Robert Shawcroft. Serve. |
| 3/8/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | File First Amended Complaint |

7

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 3/16/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of Deposition Subpoena for Production of Documents to American Medical Response, San Diego Police Dept., Rural/Metro of San Diego, Inc and Scripps Memorial Hospital |
| 3/16/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review subpoena to American Medical Response |
| 3/18/2016 | Vincent Renda | $475.00 | 1 | $475.00 | Prepare Demand for Inspection and Copy of Production of Documents (Set Three) to County of San Diego. Serve. |
| 3/18/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate w/all parties and review file and docket |
| 3/21/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Draft and finalize Notice of Deposition of Matthew Andrade. Serve. |
| 3/24/2016 | Vincent Renda | $475.00 | 0.9 | $427.50 | Prepare amendment to complaint re DOE 2-4. File and serve. |
| 3/26/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Prepare Notice and Acknowledgement of Receipt re First Amended Complaint to Romeo DeGuzman, Maria Llamado and Dana Harris |
| 3/29/2016 | Vincent Renda | $475.00 | 0.3 | $142.50 | Draft and finalize Deposition Subpoena for Personal Appearance to Cesar Costa. Send for service. |
| 4/7/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate w/co-counsel on case matters |
| 4/7/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of Answer to First Amended Complaint. |
| 4/8/2016 | Vincent Renda | $475.00 | 0.8 | $380.00 | Prepare Plaintiffs' First Expert Witness Designation in state court. |
| 4/11/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of defendant's First Expert Designation. |

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 4/15/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Finalize Declaration of Ana Sandoval in Support of Petition for Order Authorizing Probate of the Estate of Ronnie Paul Sandoval |
| 4/15/2016 | Vincent Renda | $475.00 | 0.9 | $427.50 | Prepare and finalize Application and Order for Appointment of Guardian Ad Litem for Josiah Rodriguez |
| 4/18/2016 | Vincent Renda | $475.00 | 1 | $475.00 | Prepare Demand for Inspection and Copy of Production of Documents (Set Four) to County of San Diego. Serve. |
| 4/18/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate re: strategy, plan, next steps |
| 4/18/2016 | Vincent Renda | $475.00 | 2 | $950.00 | Prepare Request for Production of Documents (Set Four) |
| 4/22/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of defendant's response to Demand for Production of Documents (Set Three) |
| 4/22/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of defendant's Notice of Adverse Party of Removal of Action to Federal Court |
| 4/25/2016 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of Declaration of James Chapin in Support of Removal of Civil Action in district court. |
| 4/25/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of notice of removal |
| 5/2/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Communicate w/all parties |
| 5/2/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of notice of appearance in district court |
| 5/2/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Communicate w/co-counsel on case matters |
| 6/13/2016 | Vincent Renda | $475.00 | 1 | $475.00 | Receive and review Reply to Opposition to Defendants 12(B)(6) Motion, conduct research |

**PINNACLE LEGAL P.C.**
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 8/25/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Receive and review of answer to complaint and conduct research |
| 11/1/2016 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of Plaintiff's Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1)(A) |
| 11/1/2016 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of defendant's Initial Disclosures in district court |
| 11/1/2016 | Vincent Renda | $475.00 | 0.3 | $142.50 | Receive and review of defendant's ex parte motion and conduct research |
| 11/1/2016 | Vincent Renda | $475.00 | 0.6 | $285.00 | Communicate w/co-counsel and client |
| 11/9/2016 | Vincent Renda | $475.00 | 0.5 | $237.50 | Receive and review of Plaintiffs' ENE Brief and conduct research |
| 11/10/2016 | Vincent Renda | $475.00 | 0.1 | $47.50 | Email to VR re initial case assessment. |
| 11/10/2016 | Vincent Renda | $475.00 | 0.1 | $47.50 | Emails with co-counsel |
| 11/21/2016 | Vincent Renda | $475.00 | 1 | $475.00 | Prepare for ENE, conduct legal and file research, communicate with all parties |
| 11/22/2016 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of Scheduling Order |
| 11/22/2016 | Vincent Renda | $475.00 | 6 | $2,850.00 | Travel to and attend ENE with Magistrate Judge |
| 1/11/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of Plaintiff's Special Interrogatories and Request for Production of Documents (Set One). |
| 2/2/2017 | Vincent Renda | $475.00 | 0.3 | $142.50 | Prepare Plaintiffs' Notice of Deposition of Maria Llamado in district court case. |
| 2/7/2017 | Vincent Renda | $475.00 | 0.3 | $142.50 | Prepare Plaintiffs' Notice of Deposition of Dana Harris in district court case. |

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 2/22/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of Plaintiffs' Designation of Expert Witnesses in district court case. |
| 2/23/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Prepare Plaintiffs' Notice of Deposition of Shirley Bautista in district court case. |
| 2/27/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Prepare Plaintiffs' Notice of Deposition of Henry Castro in district court case. |
| 3/1/2017 | Vincent Renda | $475.00 | 0.6 | $285.00 | Communicate w/co-counsel and client |
| 3/20/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of Notice of Deposition of Ana Sandoval and communicate with client |
| 3/22/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receipt and review of Sandoval deposition notices. |
| 3/22/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of defendant's Second Expert Designation in district court |
| 3/29/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of Plaintiffs' Expert Disclosure in district court. |
| 3/29/2017 | Vincent Renda | $475.00 | 0.3 | $142.50 | Receive and review of letter from County of San Diego re expert reports. |
| 3/31/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receipt and review of email re expert reports from County. |
| 3/31/2017 | Vincent Renda | $475.00 | 0.7 | $332.50 | Prepare and delver San Diego County's expert report and CV. |
| 4/17/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of letter from County of San Diego re supplemental reports. |
| 4/21/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of Plaintiffs' Supplemental Expert Disclosure in district court. |

PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
858-868-5000

| Date | User | Rate | Duration | Total | Description |
|---|---|---|---|---|---|
| 4/21/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate w/co-counsel and client on case status and strategies |
| 6/26/2017 | Vincent Renda | $475.00 | 0.3 | $142.50 | Communicate w/client and co-counsel |
| 8/14/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of amended scheduling order |
| 9/26/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of joint motion to continue settlement conference |
| 9/27/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of order |
| 10/13/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Communicate w/co-counsel and review file and docket |
| 10/16/2017 | Vincent Renda | $475.00 | 0.1 | $47.50 | Receive and review of notice of appearance |
| 10/23/2017 | Vincent Renda | $475.00 | 0.2 | $95.00 | Receive and review of defendant pretrial disclosure |
| 10/23/2017 | Vincent Renda | $475.00 | 0.4 | $190.00 | Receive and review of plaintiff pretrial disclosure, communicate w/client and review |
| 2/6/2018 | Vincent Renda | $475.00 | 1 | $475.00 | Receive and review of order granting in part motion for summary judgment, conduct legal research |

12

# Sandoval v. County of San Diego, et al.

Case details generated 03/09/2022

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Nov 8, 2016 | Postage | 1.0 | $6.45 | Mailing of Discovery Discs to Anna Sandoval | $6.45 | Invoiced | Vincent Renda |
| May 31, 2016 | Court Fees | 1.0 | $7.50 | Copy of Minute Order dated 12/23/2015 | $7.50 | Invoiced | Vincent Renda |
| May 13, 2016 | Court Reporter Fees | 1.0 | $689.50 | Jordan Media Inc. (Video of Michael Castro Depo) | $689.50 | Invoiced | Vincent Renda |
| May 10, 2016 | Court Reporter Fees | 1.0 | $3,519.03 | Aptus Court Reporting | $3,519.03 | Invoiced | Vincent Renda |
| Apr 27, 2016 | Attorney Services Firm | 1.0 | $89.80 | Knox Attorney Service | $89.80 | Invoiced | Vincent Renda |
| Apr 20, 2016 | Attorney Services Firm | 1.0 | $108.81 | Knox Attorney Service fee on Obtaining Records from San Diego Police Deparment | $108.81 | Invoiced | Vincent Renda |
| Apr 16, 2016 | Attorney Services Firm | 1.0 | $87.21 | Knox Attorney Service fee on Attempt to Retrieve Records from Scripps Memorial Hospital La Jolla | $87.21 | Invoiced | Vincent Renda |
| Apr 15, 2016 | Court Reporter Fees | 1.0 | $602.69 | Court Report Fee of Kramm Court Reporting for Deposition of Michael A. Castro | $602.69 | Invoiced | Vincent Renda |
| Mar 25, 2016 | Court Fees | 1.0 | $9.95 | Filing fee for Amendment to Complaint | $9.95 | Invoiced | Laurie Dillon |
| Mar 9, 2016 | Court Fees | 1.0 | $12.92 | e-service and e-filing of Amended Complaint and Proof of Service | $12.92 | Invoiced | Laurie Dillon |
| Mar 2, 2016 | Court Fees | 1.0 | $9.95 | Filing of Amended Complaint with One Legal | $9.95 | Invoiced | Laurie Dillon |
| Feb 26, 2016 | Court Fees | 1.0 | $9.95 | Filing of Documents | $9.95 | Invoiced | Laurie Dillon |
| Feb 26, 2016 | Court Fees | 2.0 | $12.92 | Filing and service of Documents | $25.84 | Invoiced | Laurie Dillon |
| Feb 23, 2016 | Travel Meals | 1.0 | $75.23 |  | $75.23 | Invoiced | Vincent Renda |
| Feb 23, 2016 | Parking | 1.0 | $0.75 | Parking Expense for Deposition | $0.75 | Invoiced | Vincent Renda |
| Feb 22, 2016 | Travel Meals | 1.0 | $19.89 |  | $19.89 | Invoiced | Vincent Renda |
| Feb 22, 2016 | Photocopies | 2000.0 | $0.10 | Photocopies in preparation of Depositions for 2/23/16 | $200.00 | Invoiced | Vincent Renda |
| Feb 17, 2016 | Court Fees | 1.0 | $9.95 | Filing fee of Notice of Errata, Declaration of Vincent Renda, Esq., , Order and Proof of Service | $9.95 | Invoiced | Laurie Dillon |
| Feb 8, 2016 | Court Fees | 1.0 | $60.00 | Motion Filing Fee of Plaintiff's Motion for Leave to Amend Complaint | $60.00 | Invoiced | Vincent Renda |
| Dec 28, 2015 | Witness Fees | 1.0 | $39.52 | Deposition Subpoena for Personal Appearance of Michael Castro ($35/day, .20/mile both ways) | $39.52 | Invoiced | Vincent Renda |
| Dec 16, 2015 | Postage | 1.0 | $2.45 | Mailing of Notice of Association of Counsel to Opposing Counsel, Court and Co-Counsel | $2.45 | Invoiced | Vincent Renda |
| Sep 1, 2015 | Postage | 1.0 | $1.15 | Mailing of Plaintiff's Set Two of Discovery Requests to Defendant COSD | $1.15 | Invoiced | Vincent Renda |
| May 26, 2015 | PACER | 1.0 | $76.10 | Legal Research via PACER | $76.10 | Invoiced | Cesar Gonzalez |