Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Public entity; SAN DIEGO COUNTY JAIL, a Public Entity, and DOES 1 through 100;<br><br>Defendants. | Case No. 16cv1004-BEN(AGS)<br><br>**DECLARATION OF JULIA YOO IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Date: June 9, 2025<br>Time: 10:30 a.m.<br>Courtroom 5a<br>Hon. Roger T. Benitez |

I, JULIA YOO, being duly sworn, hereby declare:

1. I am an attorney admitted to practice in the states of California and Colorado, in the United States Courts of Appeals for the Ninth and Tenth Circuits, and in the United States District Courts for the District of Colorado, the Southern District of California and the Central District of California.

2. I am a partner in the law firm of Iredale and Yoo, APC. I make this declaration in support of Plaintiffs' application for an award of attorneys' fees and costs.

3. I graduated from Wellesley College cum laude in 1992, and from the University of Colorado School of Law with a J.D. in 1998.

4. After graduating from law school, I founded a non-profit organization, Law Center for Women Prisoners ("LCWP"). I litigated cases on behalf of women who had been raped or sexually assaulted by correctional staff and women who had been denied medical care. During this time, I supervised law students through an externship program at the University of Colorado School of Law.

5. I began working with Eugene G. Iredale in 2002, becoming a partner in Iredale and Yoo, APC in 2010. My practice at the firm is devoted almost exclusively to civil rights cases. Over the past 27 years, I have developed expertise in Constitutional law and 42 U.S.C Section1983 civil rights litigation.

6. I am "AV Preeminent" rated by Martindale-Hubbell. For two decades, I have been listed as a "leading" or "top" attorney on the national, state, and local level in many surveys of my peers and in publications, including Superlawyers and Best Lawyers in America.

7. In 2017, 2021, 2022 and 2023, I was recognized as one of top 50 lawyers in San Diego by Superlawyers.

8. In 2022, I was featured on the cover of Super Lawyers San Diego: https://www.superlawyers.com/articles/california/serving-the-underserved/

9. I serve on the Board of Governors of the Consumer Attorneys of California ("CAOC").

10. From 2020 to 2023, I served as the President of the National Police Accountability Project ("NPAP"), the largest civil rights attorneys' organization in the country, with approximately 600 members.

11. In the history of NPAP, I am the only female and the only person of color to lead the organization.

12. Over the past four years, I have worked on legislation across the country as the legal expert in California, Colorado, New Mexico, and New York. I have testified multiple times before the California State Assembly and State Senate Judiciary Committees.

13. In February of 2021, I consulted with the White House on the Justice in Policing Act.

14. I served as the advisor to Senator Steven Bradford from 2020 to 2022 on a bill to revise the California Bane Act (Civil Code § 52.1) and as the technical and legal expert to SB2, which passed in 2022.

15. In 2024, I was an advisor to Senator Toni Atkins on SB 519, bringing transparency to in-custody death investigations.

16. I am currently leading the effort to amend the CACI jury instructions on the Bane Act.

17. I am the recipient of the American Constitution Society's Roberto Alvarez award; CAOC's 2020 Robert E. Cartwright award; and CASD's 2021 Dave Casey Advocate of the Year award.

18. I regularly speak at national conferences and on panels on civil rights. For example:

   a. In 2015, I spoke at the Annual Women and the Law Conference at Thomas Jefferson School of Law on the legal issues women face in custody;

   b. In 2016, I spoke on a panel addressing use of force and qualified immunity at the National Asian Pacific American Bar Association ("NAPABA") annual convention;

c. In 2017, I spoke on a panel addressing FTCA and Bivens at the annual convention and Continuing Legal Education for NPAP in Washington D.C;

d. In 2018, I taught a Continuing Legal Education class for Practicing Law Institute ("PLI") in New York on prison and jail litigation;

e. In 2020, I moderated and spoke on a panel for a Continuing Legal Education Program hosted by the ACLU, the National Lawyers Guild and NPAP on litigation under California's Bane Act;

f. In 2020, I spoke at the Consumer Attorneys of Los Angeles ("CAALA") convention on Civil Rights/Strategies in Prelitigation and Discovery;

g. In August of 2020, I spoke on a panel with Hon. Larry Burns of the Southern District of California on trial practices;

h. In March of 2021, I presented on a panel with Magistrate Judge Dan Butcher of the Southern District of California on Bivens for the Bergman Memorial Lecture sponsored by the University of San Diego Law School;

i. In July 2021, I spoke at the CAOC convention;

j. In November of 2022, I presented at the Festival of Journalism hosted by the San Diego Union Tribune on jail deaths;

k. On April 25, 2023, I spoke on a panel with Attorney General Rob Bonta and musician/song writer Aloe Blacc in Sacramento;

l. In 2023, I spoke on a panel for the Women in Law Conference on negotiating settlements;

m. In 2024, I spoke on a panel for Consumer Attorneys Association of Los Angeles ("CAALA") on trying cases in federal court with Dale Galipo.

19. I have co-authored three amicus briefs filed with the United States Supreme Court.

20. I have authored multiple articles including: Best Lawyers in America Business Edition, titled "The Future of the First Amendment, When the Future isn't Free"; Advocate magazine's February 2021 edition on qualified immunity; and Advocate magazine's January 2022 on damages.

21. I co-authored an article which will be published in the 2025 edition of Thompson Reuter's "Civil Rights Litigation and Attorney Fees Annual Handbook."

22. I met Danielle Pena in 2014 when I first co-counseled a case with Hon. Christopher S. Morris before he became a superior court judge in 2023. Ms. Pena worked for Judge Morris as his right hand on all civil rights cases.

23. Over the past decade, I became a close colleague of Judge Morris and we began to workshop virtually all of our respective cases. This constant collaboration gave me an opportunity to see Ms. Pena's work.

24. I spent a significant amount of time discussing cases with Ms. Pena, whose approach to her cases was innovative and thoughtful. She is a fearless and dedicated advocate.

25. I have called Ms. Pena for a second opinion when I am considering taking on difficult cases. I have relied on her expertise on jail procedures and policies because of her extensive knowledge on jail death cases. I value her opinion and her judgment.

26. I have referred cases to Ms. Pena because her work, particularly on suicide cases, would serve the clients better than our firm. As a matter of policy, our firm does not accept referral fees. We refer clients based solely on the lawyers' skill and dedication. Ms. Pena has a proven record of success on these most challenging cases.

27. I have the utmost confidence in Ms. Pena's skills and dogged determination.

28. Ms. Pena's commitment to serving the most underserved comes at a great financial risk. Civil rights firms advance tens of thousands of dollars in each case, often into six figure payments. Firms do so with no guarantee that they will prevail and recoup the costs.

29. The outstanding result achieved in this case was the result of extensive litigation spanning over a decade. I am very familiar with the Ninth Circuit opinion in this case as I frequently cite it in my own cases regarding qualified immunity issues. *Sandoval v. Cnty. of San Diego*, 985 F.3d 657 (9th Cir. 2021). After securing an excellent result on appeal, Ms. Pena continued litigating this matter even after Mr. Morris joined the judicial bench in 2022. Ms. Pena prepared this matter for trial and funded all litigation while simultaneously maintaining the family's confidence, while searching for highly competent trial counsel. Ms. Pena displayed determination and finesse in responding to changing litigation tactics and guiding this matter to an extraordinary conclusion for her clients.

30. Very few firms can devote Ms. Pena's level of commitment, passion, resources, and time into cases where the risk of losing is so great. Not only do attorneys need to calculate the risk of loss at trial, but 1983 cases drag on for years while defendants file interlocutory appeals, adding years to the life of the case.

31. Civil rights cases involving denial of medical care often require expert testimony which adds a significant amount to litigation costs.

32. I attended the trial in this case and watched Mr. McMullen and Ms. Pena in court. I am familiar with the challenges and hurdles she faced and the legal issues in the case. The result they obtained in this case is spectacular.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Diego, California.

Dated: April 3, 2025

_____
JULIA YOO