1  Danielle R. Pena, Esq., SBN 286002
   dpena@morrislawfirmapc.com
2  PHG Law Group
   501 West Broadway, Suite 1480
3  San Diego, CA 92101
   Telephone:  (619) 826-8060
4  Facsimile:   (619) 826-8065

5  Joseph M. McMullen, Esq., SBN 246757
   joe@jmm-legal.com
6  Law Office of Joseph M. McMullen
   501 West Broadway, Suite 1510
7  San Diego, CA 92101
   Telephone:  (619) 501-2000
8  Facsimile:   (619) 615-2264

9  Attorneys for Plaintiffs

10

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, <br> 14  an individual, <br><br> 15           Plaintiff, <br><br> 16       v. <br><br> 17  COUNTY OF SAN DIEGO, a Public entity; SAN DIEGO COUNTY JAIL, <br> 18  a Public Entity, and DOES 1 through 100; <br> 19 <br>           Defendants. <br> 20 | Case No. 16cv1004-BEN <br><br> **DECLARATION OF EUGENE IREDALE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** <br><br> Date: June 9, 2025 <br> Time: 10:30 a.m. <br> Courtroom 5a <br> Hon. Roger T. Benitez |

21

22

23

24

25

26

27

28

DECLARATION OF EUGENE IREDALE                                  16CV1004-BEN

I, EUGENE IREDALE, declare:

1. I am a principal at the law firm Iredale & Yoo, APC, and an attorney duly licensed to practice before United States Supreme Court, the United States Courts of Appeals for the Ninth and Second Circuits, the United States District Courts for the Southern, Central, Eastern and Northern Districts of California and the courts of the State of California and Massachusetts. I have personal knowledge of the matters stated in this declaration except those stated on information and belief, and as to those, I believe them to be true. If called upon, I could and would competently testify to them.

2. I graduated from Columbia College *magna cum laude* in 1973. I graduated *cum laude* from Harvard Law School in 1976.

3. I began work at Federal Defenders of San Diego, Inc. as a trial attorney in 1977. I worked at Federal Defenders for six- and one-half years. The last eighteen months from January, 1982 to June 30, 1983, I was the Chief Trial Attorney. While at Federal Defenders, I edited the publication, "Defending a Criminal Case," which was distributed to federal defenders and CJA attorneys throughout the United States.

4. From July 1, 1983 to the present, I have been in private practice. For the last thirty years I have litigated cases under 42 U.S.C. § 1983, the Federal Tort Claims Act, and *Bivens* actions.

5. I have tried more than 200 cases to verdict, both civil and criminal, state and federal, in California and throughout the United States. I have argued in the California Court of Appeal, the Ninth and Second Circuits, and twice before the Supreme Court.

6. I am a certified criminal law specialist. I have been a member of the San Diego Criminal Defense Lawyers Club, the San Diego Criminal Defense Bar Association, California Attorneys for Criminal Justice, and the National Association of Criminal Defense Lawyers.

7. I am a fellow in the American College of Trial Lawyers.

8. I have an AV rating in Martindale-Hubbell.

9. I have been recognized in Best Lawyers in America (Naifeh and Smith, 2020) in the fields of Criminal Defense, and Criminal Defense - White Collar, and since August 2015, recognized in the field of Civil Rights Litigation.

10. I have been listed in the publication, Best Lawyers in America, for over thirty years.

11. I have lectured on topics relating to trial practice throughout the United States. This includes a recent lecture for DRI's 2020 Civil Rights and Governmental Tort Liability program for the civil defense bar.

12. For more than a decade I taught at the two-week summer trial practice program put on by the National Criminal Defense College, first in Houston and later in Macon, Georgia.

13. I have lectured on trial practice for NACDL, CACJ, the Federal Bar Association, the San Diego County Bar Association, the Federal Public Defenders, the California Public Defender Association, and the National Police Accountability Project.

14. I have known Christopher Morris and Danielle Pena for approximately ten years. I have known Joseph McMullin for over fifteen years. Their reputations in the legal community are exemplary.

15. I became acquainted with Mr. Morris and Ms. Pena as a result of the stellar verdict they achieved in a § 1983 action related to the death of Daniel Sisson, case no. 12-cv-1428-BAS. Mr. Sisson died in a San Diego County jail due in part to untreated drug withdrawal. Mr. Morris and Ms. Pena obtained a jury verdict of $3,000,000 on behalf of decedent Daniel Sisson on the § 1983 claim. Mr. Morris and I became friends and colleagues thereafter due to our work prosecuting § 1983 claims on behalf of aggrieved plaintiffs. Mr. Morris was a skilled litigator and trial attorney committed to vindication of Constitutional rights. We worked jointly on numerous issues and co-counseled on cases, including a wrongful death case called the *Estate of Matthew O'Neill*. Governor

Case 3:16-cv-01004-BEN-SBC   Document 206-7   Filed 04/04/25   PageID.5100   Page 4 of 5

Newsom nominated Mr. Morris to be judge of the Superior Court in 2022. Mr. Morris assumed the bench that year and is now a well-respected jurist.

16. I am familiar with the facts of the *Estate of Ronnie Sandoval* matter. Section 1983 action such as Mr. Sandoval's case are extremely difficult to litigate. Qualified immunity frequently poses a challenge in denial of medical care claim cases related to drug intoxication. Plaintiffs in these types of cases frequently have a criminal history and long records of incarceration. Such cases require attorneys to deftly develop the factual record during discovery to establish liability and to retain and prepare skilled experts to address issues of causation. Additionally, the motion practice in § 1983 cases is voluminous. These cases are challenged at each step by competent County counsel who aggressively defend the County and its employees from claims of liability. Moreover, in this case, Mr. Morris and Ms. Pena ably prosecuted this case on appeal and achieved an outstanding result on appeal before the Ninth Circuit with a robust published opinion from the appellate court.

17. Once they obtained a favorable result on appeal, Ms. Pena continued forward with the case without the assistance of Mr. Morris. After the Ninth Circuit released its published opinion in *Sandoval*, Mr. Morris became a judge and assumed the bench. Ms. Pena handled the matter solely on remand and prepared the case for trial. Ms. Pena demonstrated admirable resolve in continuing forward with this difficult case and Mr. McMullen soon joined her to try this matter.

18. Ms. Pena and Mr. McMullen achieved an extraordinary result given the factual challenges posed by this case. Ms. Pena and Mr. McMullen overcame issues of causation and damages to persuade the jury to deliver a favorable verdict. Although their primary witness, Mr. Sandoval, had passed away, the jury still awarded fair and reasonable damages – a testament to the trial skills of Ms. Pena and Mr. McMullen. I have known Mr. McMullen for many years due to his background as a Federal Defender and criminal defense attorney. I consider him to be one of the most dedicated, talented and skilled trial attorneys in Southern

California. I encourage my associates to watch Mr. McMullen in trial, and I often consult with him about civil rights cases

19. I am generally aware of the current billing rates for attorneys in San Diego County and the Southern District of California and the hourly rates that have been approved by federal courts in California for civil rights and other types of cases. I understand that Mr. Morris is seeking an hourly rate of $1150; Ms. Pena is seeking an hourly rate of $800; and Mr. McMullen is seeking an hourly rate of $975. I am aware that both Ms. Pena and Mr. McMullen were recently awarded these same hourly rates by Judge Klausner in the Central District of California after they obtained a favorable verdict in another § 1983 matter.

20. I believe the hourly rates sought by Mr. Morris, Ms. Pena, and Mr. McMullen are well within the range of reasonableness for other lawyers of similar skill, talent, experience and expertise and reflect the market rate in San Diego County.

I declare under penalty of perjury under the laws of United States of America and the state of California that the foregoing is true and correct. Executed this 20th day of February, 2025, in San Diego, California.



EUGENE IREDALE