Danielle R. Pena, Esq. (SBN 286002)
PHG Law Group
501 W. Broadway, Suite 1480
San Diego, California 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065
E-Mail: dpena@phglawgroup.com

Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; ROMEO DEGUZMAN; MARIA LLAMADO; and DANA HARRIS, <br><br> Defendants. | Case No. 16cv1004-BEN-SBC <br><br> **DECLARATION OF ATTORNEY TIMOTHY SCOTT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

I, Timothy A. Scott, declare under penalty of perjury as follows:

1. I am an attorney and an active member of the bar in California, Missouri, and Washington. I have been admitted to federal practice in every district in California, the Eastern and Western Districts of Washington, the Eastern and Western Districts of Pennsylvania, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States. I am one of the founding partners of McKenzie Scott, P.C., and a substantial portion of my practice has consistently been in the U.S. District Courts for the Central

1

and Southern Districts of California. I have been practicing law in Southern California for 24 years.

2. I have personal knowledge of the following facts and am competent to testify as to the truth of these facts if called as a witness.

3. My experience with attorney Joe McMullen is two-fold. First, I have worked with Mr. McMullen on federal district court litigation and have seen him in action in federal court on many occasions. Second, I have sought consultation from Mr. McMullen on litigation of civil rights lawsuits brought under 42 U.S.C. § 1983.

4. I became familiar with Mr. McMullen's legal advocacy skills while he was a trial attorney at Federal Defenders of San Diego, Inc. (FDSDI) between 2006 and 2010. At one point, I learned he had the awkward pleasure of presenting himself with the office's "Not Guilty" trophy at a staff meeting. That rite of passage usually involved the previous recipient of the award passing it to the next trial attorney to obtain an acquittal in a jury trial. On this occasion, Mr. McMullen obtained consecutive acquittals for two different clients in two federal jury trials, without any intervening acquittals by any other trial attorney at the 50+ attorney office.

5. In 2010, Mr. McMullen was hired by the former United States Attorney for the Southern District of California, Gregory A. Vega, as an experienced associate at the venerable firm, Seltzer Caplan McMahon Vitek. While at Seltzer Caplan, I had the opportunity to work with Mr. McMullen and Mr. Vega on a case involving complex federal white collar litigation, and I can attest to Mr. McMullen's high level of skill, efficiency and professionalism in his motion practice and courtroom advocacy. I am aware that while at Seltzer Caplan, Mr. McMullen expanded his skill set to include a high level of proficiency in the area of complex federal civil litigation, especially in matters involving government adversaries. I am also aware that during his two-plus years at Seltzer Caplan, Mr. McMullen served as lead counsel in two high stakes federal jury trials, both of which he won for his clients. Even after Mr. McMullen left Seltzer Caplan in 2013 to start his own firm, I learned that Mr. Vega sought him out as lead trial

counsel for a co-defendant of one of the firm's clients, which culminated in a six-week federal jury trial in the Northern District of California.

6. Now in his eighteenth year of federal practice, Mr. McMullen has a reputation among federal court litigators in Southern California as a top attorney with litigation and trial skills on par with the most experienced and distinguished lawyers in our community.

7. In addition to complex federal white collar litigation and other criminal matters, approximately a decade ago I expanded my own practice to include civil rights cases in federal courts. In doing so, I have routinely contacted Mr. McMullen for consultation and advice. I value his advice and perspective, and his knowledge of both the substantive and procedural law governing Section 1983 (and related) claims. Mr. McMullen consistently has answers to difficult and often esoteric questions, and considerable wisdom regarding strategic decisions related to advocacy at trial and on appeal, revealing a strong foundation and expertise in civil rights litigation. It is my opinion that Mr. McMullen's expertise in the field far exceeds what one would expect of an attorney with eighteen years of experience.

8. I have known the Hon. Christopher S. Morris for approximately ten years. After Mr. Morris and Danielle Pena achieved an outstanding verdict in a civil rights case arising out of the jail death of Daniel Sisson, S.D. Cal. Case No. 12-cv-1428-BAS, Mr. Morris and I became colleagues as civil rights attorneys prosecuting § 1983 claims on behalf of aggrieved plaintiffs. From time to time, I met with Mr. Morris to discuss issues related to case strategy on civil rights cases, and I found him to be a valuable litigation resource and skilled trial attorney devoted to upholding the Constitution. Mr. Morris became a Superior Court Judge in 2022 and continues to be very well-respected in San Diego's legal community.

9. As an attorney in private practice in this community with a focus on federal complex civil litigation, I am familiar with the prevailing hourly market rates for comparable legal services in the Southern District of California. I understand that Mr. McMullen is seeking an hourly rate of $975, and I am aware that in 2024 Mr. McMullen

was awarded an hourly rate of $975 in the Central District of California after he and co-counsel obtained a favorable verdict in another § 1983 matter. Also, I am aware that an hourly rate of $1,150 is sought for Mr. Morris.

10. It is my informed opinion that the hourly rates sought for Mr. McMullen and Mr. Morris are within the range of hourly rates for attorneys with similar levels of skill engaged in high stakes federal litigation culminating in a federal jury trial in San Diego County.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April 2025, in San Diego, California.

_____
Timothy A. Scott (Apr 3, 2025 15:29 PDT)
TIMOTHY A. SCOTT
Declarant