# EXHIBIT 1

**FILED**

APR 2 5 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ESTATE OF RONNIE PAUL SANDOVAL, | Case No. 16cv1004-BEN-SBC |
|---|---|
| Plaintiff, | **SPECIAL VERDICT FORM** |
| v. | |
| COUNTY OF SAN DIEGO, et al.; | |
| Defendants. | |

**VERDICT FORM**

VERDICT FORM                                                   16CV1004-BEN-SBC

**Question 1**

Did any of the nurses named below make an intentional decision regarding the denial of needed medical care for Ronnie Sandoval that put Ronnie Sandoval at substantial risk of suffering serious harm?

*Please answer "Yes" or "No" for each defendant listed.*

ANSWER:

| | | |
|---|---|---|
| Romeo DeGuzman | ✓ YES | ___ NO |
| Dana Harris | ✓ YES | ___ NO |
| Maria Llamado | ___ YES | ✓ NO |

*If you answered "No" to this question for <u>all</u> the individuals listed, skip the remaining questions, and have the Presiding Juror sign, date, and return this form.*

*If you answered "yes" to this question for <u>any</u> of the individuals listed, please proceed to Question 2.*

**Question 2**

Did those nurses fail to take reasonable measures to abate or reduce the risk of serious harm even though a reasonable individual under the circumstances would have understood the high degree of risk involved and so the consequences of the defendant's conduct would be obvious to a reasonable individual under the circumstances?

*Please answer "Yes" or "No" <u>only</u> for those individual(s) that you answered "Yes" to in Question 1. Please leave all others blank.*

ANSWER:

| | | |
|---|---|---|
| Romeo DeGuzman | ✓ YES | ___ NO |
| Dana Harris | ✓ YES | ___ NO |
| Maria Llamado | ___ YES | ✓ NO |

*If you answered "No" to this question for <u>all</u> the individuals listed, skip the remaining questions, and have the Presiding Juror sign, date, and return this form.*

2

VERDICT FORM              16CV1004-BEN-SBC

1    *If you answered "yes" to this question for <u>any</u> of the individuals listed,*
2    *please proceed to Question 3.*

## Question 3

Did that nurse's failure to take such reasonable measure cause Ronnie Sandoval's injuries?

*Please answer "Yes" or "No" <u>only</u> for those individual(s) that you answered "Yes" to in Question 1. Please leave all others blank.*

ANSWER:

| | | |
|---|---|---|
| Romeo DeGuzman | ✓ YES | ___ NO |
| Dana Harris | ✓ YES | ___ NO |
| Maria Llamado | ___ YES | ✗ NO |

*If you answered "No" to this question for <u>all</u> the individuals listed, skip the remaining questions, and have the Presiding Juror sign, date, and return this form.*

*If you answered "yes" to this question for <u>any</u> of the individuals listed, please proceed to Question 4.*

## Question 4

Was the County's policy or custom related to the holding cells in the medical screening area inadequate to prevent violations of the law by its employees?

*Please answer "Yes" or "No."*

ANSWER:
Yes: ✗    No: _____

*If your answer to this question is "No," skip Questions 5 and 6, and answer Question 7. If you answered "Yes" to this question, please proceed to Question 5.*

3

VERDICT FORM                                16CV1004-BEN-SBC

## Question 5

Was the County deliberately indifferent to the substantial risk that its policy or custom was inadequate to prevent violations of law by its employees?

*Please answer "Yes" or "No."*

ANSWER:

Yes: _____    No: ___X___

*If your answer to this question is "No," skip Question 6, and answer Question 7. If you answered "Yes" to this question, please proceed to Question 6.*

## Question 6

Did the failure of the County to prevent violations of law by its employees cause the deprivation of plaintiff's rights by the County's jail employees; that is, did the County's failure to prevent violations of law by its employees play a substantial part in bringing about or actually causing the injury or damage to plaintiff?

*Please answer "Yes" or "No."*

ANSWER:

Yes: _____    No:_____

*If you answered "Yes" to Questions 3 OR 6, proceed to Question 7. If you did not answer or answered "No" to Questions 3 AND 6, skip the remaining questions and have the Presiding Juror sign, date, and return this form.*

4

VERDICT FORM                                              16CV1004-BEN-SBC

**Question 7**

What amount of damages, if any, were caused by the defendant(s') conduct?

For mental, physical, and emotional pain and suffering Mr. Sandoval experienced on February 22-23, 2014, before his death?

ANSWER: $ 850,000.

How much do you award for Mr. Sandoval's loss of life, if any?

ANSWER: $ 2,750,000

*Please Proceed to Question 8.*

**Question 8**

Did defendant(s) prove by a preponderance of the evidence that decedent Ronnie Sandoval failed to use reasonable efforts to mitigate his damages?

*Please answer "Yes" or "No."*

ANSWER:

Yes: __X__    No: _____

*If you answered "Yes" to Question 8, proceed to Question 9. If you answered "No" to Question 8, skip Question 9 and have the Presiding Juror sign, date, and return this form.*

5

VERDICT FORM                                      16CV1004-BEN-SBC

Case 3:16-cv-01004-BEN-SBC Document 189 Filed 04/25/24 PageID.3836 Page 7 of 7
Case 16-cv-01004-BEN-SBC Document 185 Filed 04/25/24 Page 5 of 6
Page 7 of 7

## Question 9

What amount of damages, listed in your response to Question 7, would have been mitigated had decedent Ronnie Sandoval used reasonable efforts to mitigate his damages?

ANSWER: $ 1,800,000

Once you have completed this verdict form, the Presiding Juror should sign below and notify the Clerk. Thank you.

_____  4/25/2024
Presiding Juror           Date

6

VERDICT FORM                                    16CV1004-BEN-SBC