# EXHIBIT 2

AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

## Southern District of California

| | |
|---|---|
| Estate of Ronnie Paul Sandoval, et al. | ) |
| v. | ) Case No.: 16cv1004-BEN-SBC |
| County of San Diego, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___February 10, 2025___ against ___Defendants Dana Harris and Romeo DeGuzman___,

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,679.39 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 282.34 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 725.55 |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,068.22 |
| TOTAL | $ 15,755.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:   s/ Danielle R. Pena

Name of Attorney:   Danielle R. Pena

For:  Plaitniff The Estate of Ronnie Sandoval          Date:  April 4, 2025
      *Name of Claiming Party*

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____        _____        _____
Clerk of Court                 Deputy Clerk                    Date

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| Robert Shawcroft, Lakeside, California | 1 | 64.48 | | | | | $64.48 |
| Michael Castro | 1 | 39.52 | | | | | $39.52 |
| Shirley Bautista, Escondido, California (subpoenaed twice) | 2 | 178.34 | | | | | $178.34 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $282.34 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone:  (619) 501-2000
Facsimile:  (619) 615-2264

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL. | Case No. 16cv1004-BEN-SBC |
| Plaintiff, | **PLAINTIFFS' NOTICE OF APPLICATION OF BILL OF COSTS** |
| v. | Date:     April 22, 2025 |
| COUNTY OF SAN DIEGO; | Time:     11:00 a.m. |
| Defendants. | Dept.:     Telephonic |

NOTICE ON BILL OF COSTS                    16CV1004-BEN-SBC

1    TO: DEFENDANTS AND TO THEIR ATTORNEY OF RECORD:

2    PLEASE TAKE NOTICE that on April 22, 2025, at 11:00 a.m., or as

3    soon thereafter as the matter may be heard telephonically, Plaintiff The Estate of

4    Ronnie Paul Sandoval, by and through their counsel of record PHG Law Group and

5    Law Office of Joseph M. McMullen will move the court for its Bill of Costs as the

6    prevailing party.

7    The application is based upon this notice, the accompanying memorandum of

8    costs and attachments thereto, the Declarations of Vincent Renda and Danielle R.

9    Pena and the Bill of Costs.

10                                          **PHG Law Group**

11   Dated:  April 4, 2025                  s/ *Danielle R. Pena*
                                            Danielle R. Pena, Esq.
12                                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE ON BILL OF COSTS                                      16CV1004-BEN-SBC

1 Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
2 PHG Law Group
501 West Broadway, Suite 1480
3 San Diego, CA 92101
Telephone:  (619) 826-8060
4 Facsimile:   (619) 826-8065

5 Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
6 Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
7 San Diego, CA 92101
Telephone:  (619) 501-2000
8 Facsimile:   (619) 615-2264

9 Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12               SOUTHERN DISTRICT OF CALIFORNIA

13 | ESTATE OF RONNIE PAUL | Case No. 16cv1004-BEN-SBC
SANDOVAL. |
14 | | **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BILL OF COSTS**
| Plaintiff, |
15 | |
| v. |
16 | | Date:
| | Time:
17 | COUNTY OF SAN DIEGO; | Dept.:
| | Judge:      Hon. Roger T. Benitez
18 | Defendants. |

19

20

21

22

23

24

25

26

27

28

MEMORANDUM OF BILL OF COSTS                    16CV1004-BEN-SBC

Plaintiff The Estate of Ronnie Paul Sandoval, through its attorneys of records, submits this Memorandum of Costs in support of their concurrently filed Bill of Costs.

This Memorandum is in support of costs for items specifically allowed pursuant to 42 U.S.C. Section 1988, Federal Rule of Civil Procedure 54(d)(l) and Southern District of California Local Civil Rule 54.1. All supporting documents are attached hereto. The following costs are hereby respectfully submitted:

## I.

## PLAINTIFF IS THE PREVAILING PARTY AND SHOULD BE AWARDED COSTS PURSUANT TO UNDER FEDERAL RULE OF CIVIL PROCEDURE 54

On February 10, 2025, the Hon. Roger T. Benitez signed and entered the Amended Judgment in this case which set forth an enforceable judgment for $1,800,000 against Defendants Dana Harris and Romeo DeGuzman and in favor of Plaintiff Estate of Ronnie Paul Sandoval.

A "prevailing party" for costs award purposes is the party who prevails on a substantial part of the litigation. Fed. R. Civ. P. 54(d); *San Diego Police Officers; Ass'n v. San Diego City Employees' Retirement System,* 568 F.3d 725, 741-41 (2009). Under Federal Rule of Civil Procedure 54(d)(l ), costs are awarded to the prevailing party "as of course." *Radio Television Espanola S.A. v. New World Entertainment, Ltd.,* 183 F.3d 922 (1999).

Plaintiff, therefore, is the prevailing party and entitled to recover costs under Federal Rule of Civil Procedure 54(d) and Civil Local Rule 54.l(a).

## II.

## COSTS TO BE RECOVERED AS OF COURSE

**1.      Fees for Service of Process**

Plaintiff incurred the costs below associated with service of process of trial subpoenas for witnesses they it anticipated it would call at trial. There were

2

multiple attempts at multiple addresses for some witnesses. Additionally, trial subpoenas were prepared and sent out in the beginning of January of 2024 for the initial trial date of February 5, 2024. Plaintiffs' trial subpoenas were served again a second time for the April 15, 2024, trial date. The Court then vacated the February 4, 2024, trial date on January 17, 2024. Plaintiff incurred a total of $2,679.39 for service of process of trial subpoenas. The invoices for service of process of trial subpoenas are attached hereto as Exhibit 1.

| Witness | Amount |
|---|---|
| Trial Subpoena on Leonard Rodriguez | $120.50 |
| Trial Subpoena on Michael Bryan | $123.00 |
| Trial Subpoena on Jonathan Atkinson | $133.00 |
| Trial Subpoena on Kyle Westbrook | $120.50 |
| Trial Subpoena on Kyle Westbrook | $121.00 |
| Trial Subpoena on Kyle Westbrook | $178.00 |
| Trial Subpoena on Kyle Westbrook | $178.00 |
| Trial Subpoena on Michael Bryan | $130.50 |
| Trial Subpoena on Shirley Bautista | $183.00 |
| Trial Subpoena on Shirley Bautista | $183.00 |
| Trial Subpoena on John Trunick | $140.50 |
| Trial Subpoena on John Trunick | $243.00 |
| Trial Subpoena on Robert Shawcroft | $145.50 |
| Trial Subpoena on Robert Shawcroft | $148.00 |
| Trial Subpoena on Leonard Rodriguez | $120.50 |
| Trial Subpoena on Shirley Bautista | $270.89 |
| Trial Subpoena on Carlos Estolano | $140.50 |
| Total | $2,679.39 |

### 2. Fees Incident to Transcripts – Trial Transcripts

Plaintiff does not seek to recover costs for trial transcripts as these costs are not allowable. No trial transcripts were ordered by the Court or stipulated by the parties as a recoverable cost.

### 3. Depositions

Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1, deposition and costs incurred in connection with taking depositions are recoverable as costs. Each of these depositions were necessarily obtained and used for trial. Counsel incurred a total of $10,670.26 in expenses associated with deposition. Available invoices for the deposition transcripts are attached hereto as Exhibit 2.

| Deponent | Amount |
|---|---|
| Michael Castro | $602.69 |
| Ronnie Sandoval, III | $375.00 |
| Josiah Rodriguez | $375.00 |
| Anna Sandoval | $450.20 |
| Shriley Bautista | $603.00 |
| Maria Llamado | $1,025.75 |
| Dana Harris | $1,570.40 |
| Henry Castro | $492.25 |
| Carlos Estolano | $793.05 |
| Chris White | $261.20 |
| Micheal Castro | $602.69 |
| Matthew Andrade | $669.22 |
| Romeo DeGuzman | $973.44 |
| Matthew Chavez | $408.86 |
| Nolan Edge | $711.55 |
| Robert Shawcroft | $755.96 |

4

| Total | $10,670.26 |
| --- | --- |

### 4.    Witness Fees

Counsel incurred a total of $282.34 in witness fees. The witness fees are reflected on the invoices for the trial subpoenas and attached hereto as Exhibit 1. The witness fees are also reflected on the Bill of Costs.

### 5.    Compensation for Court-Appointed Experts

Not applicable.

### 6.    Exemplification and Copies of Papers

Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1, copies of Court exhibits are recoverable costs. Counsel incurred $725.55 for photocopying and tabs though Copyscan for trial exhibit binders for the Court. Attached hereto as Exhibit 3 are true and correct copies of the Copyscan invoices.

### 7.    Maps, Charts, Models, Photographs, Summaries, Computations, and Statistical Summaries

Plaintiff is not claiming any fees for Maps, Charts, Models, Photographs, Summaries, Computations, and Statistical Summaries as Counsel did not use any of the aforementioned items at trial.

### 8.    Fees to Masters, Receivers and Commissioners

Plaintiff is not claiming any fees for Masters, Receivers and Commissioners as there were no fees to any Masters, Receivers, and/or Commissioners were used in this matter.

### 9.    Premiums on Undertakings, Bonds or Security Stipulations

Plaintiff is not claiming any fees for Undertakings, Bonds, or Security Stipulations as there were no premiums for undertakings, bonds, or security stipulated incurred in this matter.

5

## 10.   Removed Cases

Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1, costs incurred in the State Court prior to removal are recoverable. Counsel incurred $765.00 in costs paid to the State Court. Counsel includes a firm ledger for these items as well as the docket from the San Diego Superior Court. These law firm ledgers were kept in the ordinary and usual course of business at attached hereto as Exhibit 4. Counsel is certain, however, that each cost recorded and reflected on the ledger. (See and Declaration of Vincent Renda, ¶ 6, Exhibit A.)

| Description | Amount |
|---|---|
| Complaint Filing Fee (10/1/2014) | $435.00[1] |
| Jury Fee Deposit (2/13/2015) | $150.00[2] |
| Ex Parte Application (7/10/2015) | $60.00[3] |
| Ex Parte Application (12/22/2015) | $60.00[4] |
| Fee for Motion for Leave to Amend (2/8/2016) | $60.00 |
| Total | $765.00 |

[1] Due to the passage of time and changes in representation, Plaintiff is not in possession of the invoice paying this fee. However, it is reflected on the San Diego Superior Court docket and therefore was paid. A copy of the docket is attached hereto as Exhibit 4.

[2] Due to the passage of time and changes in representation, Plaintiff is not in possession of the invoice paying this fee. However, it is reflected on the San Diego Superior Court docket and therefore was paid. A copy of the docket is attached hereto as Exhibit 4.

[3] Due to the passage of time and changes in representation, Plaintiff is not in possession of the invoice paying this fee. However, it is reflected on the San Diego Superior Court docket and therefore was paid. A copy of the docket is attached hereto as Exhibit 4.

[4] Due to the passage of time and changes in representation, Plaintiff is not in possession of the invoice paying this fee. However, it is reflected on the San Diego Superior Court docket and therefore was paid. A copy of the docket is attached hereto as Exhibit 4.

MEMORANDUM ON BILL OF COSTS                          16CV1004-BEN-SBC

### 11.    Admiralty

Plaintiff is not claiming any fees for Admiralty as there were no fees associated with admiralty incurred in this matter.

### 12.    Appeals

Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1, Plaintiff can recover costs on appeal. Plaintiff successfully appealed the ruling on the Motion for Summary Judgment in this matter. Counsel incurred a total of $913.76 in expenses associated with the appeal. Plaintiff was awarded costs by the 9th Circuit Court of Appeals in the amount of $280.80 which were paid by Defendants. This amount is deducted from the below claimed costs. These expenses are identified below and attached hereto as Exhibit 5. Counsel includes a firm ledger for some of these items. The law firm ledger was kept in the ordinary and usual course of business. Counsel is certain, however, that each cost recorded and reflected on the ledger is accurate. (See and Declaration of Danielle R. Pena, ¶ XX.)

| Description | Amount |
| --- | --- |
| Appeal Filing Fee | $505.00 |
| Printing and Binding of Appellate Briefs | $365.87 |
| Copyscan | $36.96 |
| Copyscan | $5.93 |
| Costs Awarded by 9th Circuit | $-280.80 |
| Total | $632.96 |

7

III.

CONCLUSION

Plaintiff has established he is the prevailing party. Based on the jury's verdict against Defendants Harris and DeGuzman awarding Plaintiff The Estate of Ronnie Paul Sandoval $1,800,000 indicates Plaintiff prevailed on a substantial part of the litigation. Based on the foregoing, Plaintiff's seeks costs in the amount of $16,037.

**PHG Law Group**

Dated: April 4, 2025

s/ *Danielle R. Pena*
Danielle R. Pena, Esq.
Attorneys for Plaintiff

MEMORANDUM ON BILL OF COSTS                    16CV1004-BEN-SBC

# EXHIBIT 1

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

# NATIONWIDE
# LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 19, 2024 | SD167005 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 1/19/2024**
**Danielle R. Pena, Esq**



| Servee: | Leonard Rodriguez |
|---|---|
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated January 16, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 117.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| | | | |
| **SCOPE OF PROJECT** | | | |
| Not Served | | | |
| Address: 202 Sweetwood St, # San Diego, CA 921144324 | | | |
| Result: Not Served | | | |
| Completed on 1/19/2024 at 12:14 PM | | **TOTAL DUE** | **$ 120.50** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 19, 2024 | SD167005 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 120.50 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)**     Order#:SD167005-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

 **NATIONWIDE LEGAL**

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172397NA |

Bill To:
**PHG LAW GROUP
501 West Broadway Sutie 1480
San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)
(619) 826-8060
lpierce@phglawgroup.com
REF: Estate of Ronnie Paul Sandoval
Case No: 16cv1004-BEN-SBC
POD Date: 3/15/2024
Danielle R. Pena, Esq**

Servee: **Michael Bryan**
Court: **USDC/SOUTHERN DISTRICT OF CALIFORNIA**
Case: **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego**
Documents: **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 120.00 |
| PDF Page Count (Up to 200 pgs) | 5.00 | .60 | 3.00 |
| | | | |
| **SCOPE OF PROJECT** | | | |
|    Not Served | | | |
|    Address: 4549 Clairemont Dr, # San Diego, CA 921175540 | | | |
|    Result: Not Served | | | |
|    Completed on 3/15/2024 at 4:57 PM | | **TOTAL DUE** | **$ 123.00** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172397NA |

Remit To:
**Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015**

| TOTAL DUE: | $ 123.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)    Order#:SD172397NA-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

 **NATIONWIDE LEGAL**

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172381 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/16/2024**
**Danielle R. Pena, Esq**

Servee: Jonathan Atkinson
Court: USDC/SOUTHERN DISTRICT OF CALIFORNIA
Case: Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego
Documents: Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 130.00 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |

**SCOPE OF PROJECT**
Not Served
Address: 1045 Paseo La Cresta, # Chula Vista, CA 919106731
Result: Not Served
Completed on 3/16/2024 at 4:13 PM

| | TOTAL DUE | $ 133.00 |
|---|---|---|

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172381 |

Remit To:
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

TOTAL DUE: | $ 133.00 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)    Order#:SD172381-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

NATIONWIDE
LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 7, 2024 | SD172401NA1 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
lpierce@phglawgroup.com
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/7/2024**
**Danielle R. Pena, Esq**



| Servee: | Kyle C. Westbrook |
|---|---|
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial In a Civil Action; Letter Dated February 23, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 117.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| **SCOPE OF PROJECT** | | | |
| Not Served | | | |
| Address: 4725 Elsa Rd, # San Diego, CA 92120 | | | |
| Result: Not Served | | | |
| Completed on 3/7/2024 at 12:53 PM | | **TOTAL DUE** | **$ 120.50** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 7, 2024 | SD172401NA1 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 120.50 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)          Order#:SD172401NA1-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

NATIONWIDE
LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401NA2 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/7/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | Kyle C. Westbrook |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 112.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Witness Fees | | | 55.00 |
| Check Charge | | | 5.50 |
| | | | |
| **SCOPE OF PROJECT** | | | |
|    Servee: Kyle C. Westbrook | | | |
|    Address: 7680 Teebird Ln, # San Diego, CA 92123 | | | |
|    Result: Personally Served | | | |
|    Completed on 3/7/2024 at 7:20 PM | | **TOTAL DUE** | **$ 176.00** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401NA2 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 176.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)     Order#:SD172401NA2-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/9/2024**
**Danielle R. Pena, Esq**

| | |
|---|---|
| Servee: | Kyle C. Westbrook |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **All Other Counties in California-Base** | | | **175.00** |
| **PDF Page Count (Up to 200 pgs)** | | | **3.00** |
| | | | |
| **SCOPE OF PROJECT** | | | |
| Not Served | | | |
| Address: 34748 Ribbon Grass Way, # Murrieta, CA 925631128 | | | |
| Result: Not Served | | | |
| Completed on 3/9/2024 at 12:10 PM | | **TOTAL DUE** | **$ 178.00** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

**TOTAL DUE:** $ 178.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)         Order#:SD172401-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999  F (213) 249-9990
www.nationwideasap.com

NATIONWIDE
LEGAL



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401NA |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Suite 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/9/2024**
**Danielle R. Pena, Esq**

Servee:  Kyle C. Westbrook
Court:  USDC/SOUTHERN DISTRICT OF CALIFORNIA
Case:  Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego
Documents:  Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| All Other Counties in California-Base | | | 175.00 |
| PDF Page Count (Up to 200 pgs) | 5.00 | .60 | 3.00 |

SCOPE OF PROJECT
Not Served
Address: 41658 Ivy St, # Murrieta, CA 92562
Result: Not Served
Completed on 3/9/2024 at 12:09 PM

| | TOTAL DUE | $ 178.00 |
|---|---|---|

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172401NA |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 178.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)          Order#:SD172401NA-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172397 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/9/2024**
**Danielle R. Pena, Esq**

| | |
|---|---|
| Servee: | **Michael Bryan** |
| Court: | **USDC/SOUTHERN DISTRICT OF CALIFORNIA** |
| Case: | **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego** |
| Documents: | **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 127.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| **SCOPE OF PROJECT** | | | |
| Not Served | | | |
| Address: 1023 Neptune Dr, # Chula Vista, CA 919112422 | | | |
| Result: Not Served | | | |
| Completed on 3/9/2024 at 5:40 PM | | **TOTAL DUE** | **$ 130.50** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172397 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $  130.50 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)        Order#:SD172397-01/INVOICEPa

# NATIONWIDE LEGAL

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 17, 2024 | SD167021 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 1/17/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | Shirley Bautista |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated January 16, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 180.00 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Fees Advanced | | | 79.90 |
| Check Charge | | | 7.99 |
| **SCOPE OF PROJECT** | | | |
| Servee: Shirley Bautista | | | |
| Address: 3267 Oak Wood Ln, # Escondido, CA 920275335 | | | |
| Result: Personally Served | | | |
| Completed on 1/17/2024 at 9:23 AM | | **TOTAL DUE** | **$ 270.89** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 17, 2024 | SD167021 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 270.89 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)          Order#:SD167021-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999  F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172388 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/1/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | **Shirley Bautista** |
| Court: | **USDC/SOUTHERN DISTRICT OF CALIFORNIA** |
| Case: | **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego** |
| Documents: | **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 180.00 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Witness Fees | | | 81.06 |
| Check Charge | | | 8.11 |
| **SCOPE OF PROJECT** | | | |
| **Servee: Shirley Bautista** | | | |
| **Address: 3267 Oak Wood Ln, # Escondido, CA 920275335** | | | |
| **Result: Personally Served** | | | |
| **Completed on 3/1/2024 at 10:27 AM** | | **TOTAL DUE** | **$ 272.17** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 9, 2024 | SD172388 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 272.17 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)          Order#:SD172388-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

NATIONWIDE
LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 6, 2024 | SD172400NA |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/6/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | John Trunick |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 137.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| | | | |
| **SCOPE OF PROJECT** | | | |
| Not Served | | | |
| Address: 9835 Jake Ln Apt 11412, # San Diego, CA 921262972 | | | |
| Result: Not Served | | | |
| Completed on 3/6/2024 at 1:24 PM | | **TOTAL DUE** | **$ 140.50** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 6, 2024 | SD172400NA |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

**TOTAL DUE:**      **$ 140.50**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)**      Order#:SD172400NA-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999  F (213) 249-9990
www.nationwideasap.com

NATIONWIDE
LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 6, 2024 | SD172400 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 3/5/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | **John Trunick** |
| Court: | **USDC/SOUTHERN DISTRICT OF CALIFORNIA** |
| Case: | **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego** |
| Documents: | **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 120.00 |
| Additional Attempts | | | 120.00 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Witness Fees | | | 52.88 |
| Chack Charge | | | 5.29 |
| | | | |
| **SCOPE OF PROJECT** | | | |
| Servee: John Trunick | | | |
| Address: 7262 Conestoga Way, # San Diego, CA 921201311 | | | |
| Result: Personally Served | | | |
| Completed on 3/5/2024 at 8:35 PM | | **TOTAL DUE** | **$ 301.17** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 6, 2024 | SD172400 |

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

| TOTAL DUE: | $ 301.17 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)**    Order#:SD172400-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999  F (213) 249-9990
www.nationwideasap.com

# NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 19, 2024 | SD167014 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 1/19/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | Robert Shawcroft |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated January 16, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 142.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |

**SCOPE OF PROJECT**
Not Served
Address: 1263 Navello St, # El Cajon, CA 920215006
Result: Not Served
Completed on 1/19/2024 at 12:12 PM

| | |
|---|---|
| TOTAL DUE | **$ 145.50** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 19, 2024 | SD167014 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | **$ 145.50** |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)          Order#:SD167014-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

# NATIONWIDE
# LEGAL



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | February 29, 2024 | SD172403 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 2/29/2024**
**Danielle R. Pena, Esq**

Servee: **Robert Shawcroft**
Court: **USDC/SOUTHERN DISTRICT OF CALIFORNIA**
Case: **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego**
Documents: **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 145.00 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Fees Advanced | | | 64.48 |
| Check Charge | | | 6.45 |
| | | | |
| **SCOPE OF PROJECT** | | | |
| **Servee: Robert Shawcroft** | | | |
| **Address: 8633 Winter Gardens Blvd, # Lakeside, CA 920405414** | | | |
| **Result: Personally Served** | | | |
| **Completed on 2/29/2024 at 8:23 PM** | | **TOTAL DUE** | **$ 218.93** |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | February 29, 2024 | SD172403 |

Remit To:

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 218.93 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)**          Order#:SD172403-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

 NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172398 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

Leanna Pierce (CC on Invoices)
(619) 826-8060
lpierce@phglawgroup.com
REF: Estate of Ronnie Paul Sandoval
Case No: 16cv1004-BEN-SBC
POD Date: 3/15/2024
Danielle R. Pena, Esq

Servee: **Leonard Rodriguez**
Court: **USDC/SOUTHERN DISTRICT OF CALIFORNIA**
Case: **Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego**
Documents: **Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated February 23, 2024**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 117.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| | | | |

**SCOPE OF PROJECT**
  **Not Served**
  Address: 202 Sweetwood St, #  San Diego, CA 921144324
  Result: Not Served
  **Completed on 3/15/2024 at 4:12 PM**

| | TOTAL DUE | $ 120.50 |
|---|---|---|

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | March 16, 2024 | SD172398 |

Remit To:
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 120.50 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)                    Order#:SD172398-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999   F (213) 249-9990
www.nationwideasap.com

# NATIONWIDE
# LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 17, 2024 | SD167012 |

Bill To:
**PHG LAW GROUP**
**501 West Broadway Sutie 1480**
**San Diego, CA 92101**

**Leanna Pierce (CC on Invoices)**
**(619) 826-8060**
**lpierce@phglawgroup.com**
**REF: Estate of Ronnie Paul Sandoval**
**Case No: 16cv1004-BEN-SBC**
**POD Date: 1/16/2024**
**Danielle R. Pena, Esq**



| | |
|---|---|
| Servee: | Carlos Estolano |
| Court: | USDC/SOUTHERN DISTRICT OF CALIFORNIA |
| Case: | Estate of Ronnie Paul Sandoval, et al. vs. County of San Diego |
| Documents: | Subpoena To Appear and Testify at A Hearing or Trial in a Civil Action; Letter Dated January 16, 2024 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Base Charge | | | 137.50 |
| PDF Page Count (Up to 200 pgs) | | | 3.00 |
| Witness Fees | | | 58.32 |
| Check Charge | | | 5.83 |
| **SCOPE OF PROJECT** | | | |
| Servee: Carlos Estolano | | | |
| Address: 5113 Surfbreaker Pt, # San Diego, CA 921548460 | | | |
| Result: Personally Served | | | |
| Completed on 1/16/2024 at 7:46 PM | | TOTAL DUE | $ 204.65 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD4161 | January 17, 2024 | SD167012 |

Remit To:
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

**TOTAL DUE:** | $ 204.65 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 033 - SPECIAL PROCESS  (IMMEDIATELY)**    Order#:SD167012-01/INVOICEPa

# EXHIBIT 2

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461502 | 8/3/2023 | 216170 |

| Job Date | Case No. | |
|---|---|---|
| 4/14/2017 | 16CV1004-BEN(AGS) | |

| Case Name | |
|---|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego | |

| Payment Terms |
|---|
| Due upon receipt |

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA  92101

One certified green transcript of:

    Josiah Rodriguez

|  | 375.00 |
|---|---|
| **TOTAL DUE >>>** | **$375.00** |
| AFTER 9/17/2023 PAY | $412.50 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your
username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

| **(-) Payments/Credits:** | 375.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 37.50 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 33-0684781

Phone: 619-826-8060    Fax:619-826-2065

*Please detach bottom portion and return with payment.*

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA  92101

| Invoice No. | : | 461502 |
|---|---|---|
| Invoice Date | : | 8/3/2023 |
| **Total Due** | : | **$0.00** |

Remit To: **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego CA  92101-4403**

| Job No. | : | 216170 |
|---|---|---|
| BU ID | : | SD |
| Case No. | : | 16CV1004-BEN(AGS) |
| Case Name | : | Estate of Ronnie Paul Sandoval v. County of San Diego |

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461503 | 8/3/2023 | 216169 |
| **Job Date** | **Case No.** | |
| 4/14/2017 | 16CV1004-BEN(AGS) | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval v. County of San Diego | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA 92101

| | |
|---|---|
| One certified green transcript of: | |
| Ronnie Sandoval, III | 375.00 |
| **TOTAL DUE >>>** | **$375.00** |
| AFTER 9/17/2023 PAY | $412.50 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

| | |
|---|---|
| **(-) Payments/Credits:** | 375.00 |
| **(+) Finance Charges/Debits:** | 37.50 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 33-0684781

Phone: 619-826-8060    Fax:619-826-2065

*Please detach bottom portion and return with payment.*

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA 92101

| | | |
|---|---|---|
| Invoice No. | : | 461503 |
| Invoice Date | : | 8/3/2023 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 216169 |
| BU ID | : | SD |
| Case No. | : | 16CV1004-BEN(AGS) |
| Case Name | : | Estate of Ronnie Paul Sandoval v. County of San Diego |

Remit To:    **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego CA  92101-4403**

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350          800 649 6353 toll-free
San Diego, CA 92101            619 260 1069 tel
petersonreporting.com          619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461501 | 8/3/2023 | 216168 |

| Job Date | Case No. | |
|---|---|---|
| 4/14/2017 | 16CV1004-BEN(AGS) | |

| Case Name | | |
|---|---|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA  92101

One certified green transcript of:
  Anna Sandoval

|  |  |
|---|---|
|  | 420.20 |
| **TOTAL DUE >>>** | **$420.20** |
| AFTER 9/17/2023  PAY | $462.22 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your
username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

| (-) Payments/Credits: | 420.20 |
|---|---|
| (+) Finance Charges/Debits: | 42.02 |
| (=) New Balance: | $0.00 |

**Tax ID:** 33-0684781

Phone: 619-826-8060    Fax:619-826-2065

*Please detach bottom portion and return with payment.*

Danielle Pena
PHG Law Group
501 West Broadway
Suite 1480
San Diego CA  92101

| Invoice No. | : | 461501 |
|---|---|---|
| Invoice Date | : | 8/3/2023 |
| **Total Due** | : | **$0.00** |

Remit To:  **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego CA  92101-4403**

| Job No. | : | 216168 |
|---|---|---|
| BU ID | : | SD |
| Case No. | : | 16CV1004-BEN(AGS) |
| Case Name | : | Estate of Ronnie Paul Sandoval v. County of
San Diego |

# I N V O I C E

U.S. Legal Support - SD
1230 Columbia Street
Suite 400
San Diego, CA  92101
Phone:619-573-4883   Fax:619-573-4880

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110021196 | 3/3/2017 | 561480 |
| **Job Date** | **Case No.** | |
| 2/28/2017 | 16CV1004-BEN(AGS) | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval v. County of San Diego | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher S. Morris, Esquire
Morris Law Firm, APC
401 West A Street
Suite 1820
San Diego, CA  92101

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Shirley Bautista

                603.00

TOTAL DUE >>>    **$603.00**
AFTER 4/17/2017  PAY    $693.45

Online bill pay available at www.uslegalsupport.com

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees
and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: (619) 826-8060   Fax:(619) 826-8065

---

*Please detach bottom portion and return with payment.*

Christopher S. Morris, Esquire
Morris Law Firm, APC
401 West A Street
Suite 1820
San Diego, CA  92101

| | | | | |
|---|---|---|---|---|
| Job No. | : 561480 | BU ID | : 42-SD | |
| Case No. | : 16CV1004-BEN(AGS) | | | |
| Case Name | : Estate of Ronnie Paul Sandoval v. County of San Diego | | | |
| Invoice No. | : 110021196 | Invoice Date | : 3/3/2017 | |
| **Total Due** | : **$603.00** | | | |

AFTER 4/17/2017  PAY  $693.45

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support (CA Reporting)**
        **P.O. Box 4772-11**
        **Houston, TX  77210-4772**


## U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 110021195 | 3/3/2017 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 561480 | 2/28/2017 | $0.00 |

| Case Name |
|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego |

| Case No. |
|---|
| 16CV1004-BEN(AGS) |

**U.S. Legal Support - SD**
501 West BroadwaySuite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-573-4880

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West Broadway
Suite 1480

San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Office of the County Counsel – San Diego<br>1600 Pacific HighwayRoom 355<br>San Diego CA 92101 | Christopher S. Morris, Esquire<br>Morris Law Firm, APC<br>501 West Broadway<br>Suite 1480<br><br>San Diego CA 92101 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Maria Llamado | | | | | |
| Original | 149.00 | $4.50 | $670.50 | $0.00 | $670.50 |
| 4 Day Expedite | | | | | $0.00 |
| Copy w/ Original | 1.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Exhibit | 5.00 | $0.60 | $3.00 | $0.00 | $3.00 |
| Handle/Process | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| Reporter Attendance Fee (per hour) | 6.25 | $35.00 | $218.75 | $0.00 | $218.75 |
| Litigation - Support Package | 1.00 | $39.00 | $39.00 | $0.00 | $39.00 |
| Condensed Transcript | 1.00 | $29.50 | $29.50 | $0.00 | $29.50 |
| Shipping | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1025.75 | $0.00 | |

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| **Total Due** | **$1025.75** |
| **(-) Payments/Credits** | **$1025.75** |
| **(+) Finance Charges/Debits** | **$153.86** |
| **(=) New Balance** | **$0.00** |

Tax ID : 76-0523238  Nevada Firm Registration # 067F

Phone: (619) 826-8060          Fax:(619) 826-8065

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West BroadwaySuite 1480
San Diego CA 92101

| Invoice No. | 110021195 |
|---|---|
| Invoice Date: | 3/3/2017 |
| Total Due | $0.00 |
| Job No. | 561480 |
| Case No: | 16CV1004-BEN(AGS) |

Remit To:      **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110021904 | 3/8/2017 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 562057 | 3/2/2017 | $0.00 |

| Case Name |
|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego |

| Case No |
|---|
| 16CV1004-BEN(AGS) |

U.S. Legal Support - SD
501 West BroadwaySuite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-573-4880

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West Broadway
Suite 1480

San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Office of the County Counsel - San Diego<br>1600 Pacific HighwayRoom 355<br>San Diego CA 92101 | Christopher S. Morris, Esquire<br>Morris Law Firm, APC<br>501 West Broadway<br>Suite 1480<br><br>San Diego CA 92101 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Dana Harris | | | | | |
| Original | 230.00 | $4.50 | $1035.00 | $0.00 | $1035.00 |
| 5 Day Expedite | | | | | $0.00 |
| Copy w/ Original | 1.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Exhibit | 58.00 | $0.60 | $34.80 | $0.00 | $34.80 |
| Handle/Process | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| Reporter Attendance Fee (per hour) | 4.50 | $35.00 | $157.50 | $0.00 | $157.50 |
| Litigation - Support Package | 1.00 | $39.00 | $39.00 | $0.00 | $39.00 |
| Condensed Transcript | 1.00 | $29.50 | $29.50 | $0.00 | $29.50 |
| Color Exhibits | 1.00 | $1.00 | $1.00 | $0.00 | $1.00 |
| Video Pages | 202.00 | $0.55 | $111.10 | $0.00 | $111.10 |
| Shipping | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Overtime after 5:00 pm | 1.50 | $65.00 | $97.50 | $0.00 | $97.50 |
| ( Taxable 0.00) | | | | | |
| | | | $1570.40 | $0.00 | |

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| Total Due | $1570.40 |
| (-) Payments/Credits | $1570.40 |
| (+) Finance Charges/Debits | $235.56 |
| (=) New Balance | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F

Phone: (619) 826-8060          Fax:(619) 826-8065

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payor.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

 **U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 110021990 | 3/8/2017 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 562058 | 3/1/2017 | $0.00 |

| Case Name |
|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego |

| Case No. |
|---|
| 16CV1004-BEN(AGS) |

**U.S. Legal Support - SD**
501 BroadwaySuite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-573-4880

Danielle R. Pena
Morris Law Firm, APC
501 West Broadway
Suite 1480

San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Office of the County Counsel - San Diego | Danielle R. Pena | Client Matter No: |
| 1600 Pacific HighwayRoom 355 | Morris Law Firm, APC | Claim No: |
| San Diego CA 92101 | 501 West Broadway | Insured: |
| | Suite 1480 | |
| | San Diego CA 92101 | |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Henry Castro | | | | | |
| Original | 68.00 | $4.50 | $306.00 | $0.00 | $306.00 |
| Copy w/ Original | 1.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Exhibit | 10.00 | $0.60 | $6.00 | $0.00 | $6.00 |
| Handle/Process | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| Reporter Attendance Fee (per hour) | 1.25 | $35.00 | $43.75 | $0.00 | $43.75 |
| Litigation - Support Package | 1.00 | $39.00 | $39.00 | $0.00 | $39.00 |
| Condensed Transcript | 1.00 | $29.50 | $29.50 | $0.00 | $29.50 |
| Color Exhibits | 3.00 | $1.00 | $3.00 | $0.00 | $3.00 |
| Shipping | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| ( Taxable 0.00) | | | | | |
| | | | $492.25 | $0.00 | |

Online bill pay available at www.uslegalsupport.com

**Total Due**      **$492.25**

(-) Payments/Credits      **$492.25**
(+) Finance Charges/Debits      **$73.84**
(=) New Balance      **$0.00**

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Phone: (619) 826-8060      Fax:(619) 826-8065

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Danielle R. Pena
Morris Law Firm, APC
501 West BroadwaySuite 1480
San Diego CA 92101

| Invoice No. | 110021990 |
|---|---|
| Invoice Date: | 3/8/2017 |
| Total Due | **$0.00** |
| Job No. | 562058 |
| Case No.: | 16CV1004-BEN(AGS) |

Remit To:      **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

# INVOICE



**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54836 | 4/25/2017 | 75669 |
| **Job Date** | **Case No.** | |
| 4/11/2017 | 37-2014-00033347-CU-PO-CTL | |
| **Case Name** | | |
| ESTATE OF RONNIE PAUL SANDOVAL, et al. vs. COUNTY OF SAN DIEGO, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Danielle Pena
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego CA 92101

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

Carlos L. Estolano

793.05

**TOTAL DUE >>>**  **$793.05**

AFTER 5/25/2017 PAY  $872.36

Thank you. We appreciate your business. Please make checks payable to Kramm & Associates, Inc.

We accept Visa, Master Card, and American Express. Payment via credit card is subject to a 3% fee.

**Tax ID:** 33-0941549

Phone: 619.826.8060    Fax:619.826.8065

*Please detach bottom portion and return with payment.*

Danielle Pena
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego CA 92101

| | | | | |
|---|---|---|---|---|
| Job No. | : 75669 | BU ID | : 1-MAIN | |
| Case No. | : 37-2014-00033347-CU-PO-CTL | | | |
| Case Name | : ESTATE OF RONNIE PAUL SANDOVAL, et al. vs. COUNTY OF SAN DIEGO, et al. | | | |
| Invoice No. | : 54836 | Invoice Date | : 4/25/2017 | |
| **Total Due** | **: $793.05** | | | |

AFTER 5/25/2017 PAY $872.36

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 110036690 | 4/26/2017 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 571070 | 4/12/2017 | $0.00 |

| Case Name |
|---|
| Estate of Ronnie Paul Sandoval v. County of San Diego |

| Case No |
|---|
| 16CV1004-BEN(AGS) |

**U.S. Legal Support - SD**
501 West BroadwaySuite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-573-4880

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West Broadway
Suite 1480

San Diego CA 92101

| Job Location | Ordered By | Reference Info |
|---|---|---|
| U.S. Legal Support - San Diego<br>501 West BroadwaySuite 1000<br>San Diego CA 92101 | Christopher S. Morris, Esquire<br>Morris Law Firm, APC<br>501 West Broadway<br>Suite 1480<br><br>San Diego CA 92101 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: MINIMUM CHARGEChris White | | | | | |
| Exhibit | 7.00 | $0.60 | $4.20 | $0.00 | $4.20 |
| Certification of Non-Appearance | 1.00 | $225.00 | $225.00 | $0.00 | $225.00 |
| Delivery | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Parking | 1.00 | $12.00 | $12.00 | $0.00 | $12.00 |
| ( Taxable 0.00) | | | | | |
| | | | $261.20 | $0.00 | |

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| **Total Due** | **$261.20** |
| **(-) Payments/Credits** | **$261.20** |
| **(+) Finance Charges/Debits** | **$39.18** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: (619) 826-8060                    Fax:(619) 826-8065

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West BroadwaySuite 1480
San Diego CA 92101

| Invoice No. | 110036690 |
|---|---|
| Invoice Date: | 4/26/2017 |
| Total Due | $0.00 |
| Job No. | 571070 |
| Case No: | 16CV1004-BEN(AGS) |

Remit To:    **U S Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston TX 77210-4772**

*"Please detach bottom portion and return with payment."*

Christopher S. Morris, Esquire
Morris Law Firm, APC
501 West BroadwaySuite 1480
San Diego CA 92101

| | |
|---|---|
| **Invoice No.** | 110021904 |
| **Invoice Date:** | 3/8/2017 |
| **Total Due** | **$0.00** |
| **Job No.** | 562057 |
| **Case No.** | 16CV1004-BEN(AGS) |

Remit To:    **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

# INVOICE



**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48621 | 3/16/2016 | 67641 |
| **Job Date** | **Case No.** | |
| 3/3/2016 | 37-2014-00033347-CU-PO-CTL | |
| **Case Name** | | |
| ESTATE OF RONNIE PAUL SANDOVAL, et al. vs. COUNTY OF SAN DIEGO, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vincent Renda
RENDA LAW OFFICES
600 West Broadway, Suite 400
San Diego CA 92101

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Michael A. Castro

602.69

**TOTAL DUE >>>**      **$602.69**

AFTER 4/15/2016 PAY      $662.96

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

*Pd. 4/15/16 CM*

**Tax ID:** 33-0941549

Phone: 619.819.0011    Fax:

---

*Please detach bottom portion and return with payment.*

Vincent Renda
RENDA LAW OFFICES
600 West Broadway, Suite 400
San Diego CA 92101

| | | | | |
|---|---|---|---|---|
| Job No. | : 67641 | | BU ID | : DCC KRAMM |
| Case No. | : 37-2014-00033347-CU-PO-CTL | | | |
| Case Name | : ESTATE OF RONNIE PAUL SANDOVAL, et al. vs. COUNTY OF SAN DIEGO, et al. | | | |
| Invoice No. | : 48621 | | Invoice Date | : 3/16/2016 |
| **Total Due** | : -$602.69 | | | |

AFTER 4/15/2016 PAY $662.96

### PAYMENT WITH CREDIT CARD



Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **KRAMM COURT REPORTING**
                 **2224 Third Avenue**
                 **San Diego CA 92101**

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA 92101
Phone:619.546.9151  Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1022030 | 4/29/2016 | 10023561 |
| **Job Date** | **Case No.** | |
| 4/13/2016 | 37-2014-0003347-CU-PO-CTL | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Matthew Andrade                                       663.90

    SALES TAX                                          5.32

**TOTAL DUE >>>**        **$669.22**

Ordered By   :  Christopher S. Morris
                Morris Law Firm, APC
                401 West A Street, Suite 1820
                San Diego, CA 92101

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

**Tax ID:** 27-4460942                                Phone: 619.819.0011    Fax:619.819.0012

*Please detach bottom portion and return with payment.*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

| | | | |
|---|---|---|---|
| Job No. | : 10023561 | BU ID | : AptusSD |
| Case No. | : 37-2014-0003347-CU-PO-CTL | | |
| Case Name | : Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |
| Invoice No. | : 1022030 | Invoice Date | : 4/29/2016 |
| **Total Due** | **: $ 669.22** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Aptus Court Reporting**
              **600 West Broadway, Suite 300**
              **San Diego CA 92101**

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA 92101
Phone:619.546.9151  Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020652 | 2/29/2016 | 10022305 |

| Job Date | Case No. | |
|---|---|---|
| 2/23/2016 | 37-2014-0003347-CU-PO-CTL | |

| Case Name | |
|---|---|
| Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | |

| Payment Terms |
|---|
| Due upon receipt |

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Romeo de Guzman

  SALES TAX                                                        965.60
                                                                     7.84
                                  **TOTAL DUE  >>>**              **$973.44**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

Tax ID: 27-4460942

Phone: 619.819.0011    Fax:619.819.0012

*Please detach bottom portion and return with payment.*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

Job No.      : 10022305        BU ID        :AptusSD
Case No.     : 37-2014-0003347-CU-PO-CTL
Case Name  : Estate of Ronnie Paul Sandoval, et al. v. County
               of San Diego, et al.

Invoice No.  : 1020652        Invoice Date  : 2/29/2016
**Total Due**  : **$ 973.44**

Remit To: **Aptus Court Reporting**
          **600 West Broadway, Suite 300**
          **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**    AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA  92101
Phone:619.546.9151   Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020653 | 2/29/2016 | 10022306 |
| **Job Date** | **Case No.** | |
| 2/23/2016 | 37-2014-0003347-CU-PO-CTL | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA  92101

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Officer Matthew Chavez

      SALES TAX

                                403.30

                                5.56

**TOTAL DUE  >>>**       **$408.86**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

---

**Tax ID:** 27-4460942

Phone: 619.819.0011    Fax:619.819.0012

*Please detach bottom portion and return with payment.*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA  92101

| | |
|---|---|
| Job No. | : 10022306    BU ID    : AptusSD |
| Case No. | : 37-2014-0003347-CU-PO-CTL |
| Case Name | : Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. |
| Invoice No. | : 1020653    Invoice Date : 2/29/2016 |
| **Total Due** | : **$ 408.86** |

**PAYMENT WITH CREDIT CARD**   AMEX   [card]   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Aptus Court Reporting**
          **600 West Broadway, Suite 300**
          **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA 92101
Phone:619.546.9151  Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020760 | 2/29/2016 | 10022307 |
| **Job Date** | **Case No.** | |
| 2/24/2016 | 37-2014-0003347-CU-PO-CTL | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nolan Edge

     SALES TAX

                                                     705.45
                                                     6.10

**TOTAL DUE  >>>**   **$711.55**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

Tax ID: 27-4460942

                                      Phone: 619.819.0011   Fax:619.819.0012

*Please detach bottom portion and return with payment.*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA 92101

| | | |
|---|---|---|
| Job No. | : 10022307 | BU ID | :AptusSD |
| Case No. | : 37-2014-0003347-CU-PO-CTL | | |
| Case Name | : Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |

Invoice No. : 1020760        Invoice Date :2/29/2016
**Total Due** : **$ 711.55**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:_____  Phone#:

Billing Address:

Zip:_____  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Aptus Court Reporting**
        **600 West Broadway, Suite 300**
        **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA  92101
Phone:619.546.9151  Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1021357 | 3/31/2016 | 10022676 |
| **Job Date** | **Case No.** | |
| 3/15/2016 | 37-2014-0003347-CU-PO-CTL | |
| **Case Name** | | |
| Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA  92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Robert Shawcroft

SALES TAX

Ordered By     : Christopher S. Morris
Morris Law Firm, APC
401 West A Street, Suite 1820
San Diego, CA 92101

|  |  |
|---|---|
| | 750.60 |
| | 5.36 |
| **TOTAL DUE >>>** | **$755.96** |

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK   ACCOUNT 825514128
WIRE PYMT RTE # 021000021   ACH PYMT RTE # 322271627

**Tax ID:** 27-4460942

Phone: 619.819.0011   Fax:619.819.0012

*Please detach bottom portion and return with payment.*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego CA  92101

Job No.     : 10022676          BU ID     : AptusSD
Case No.    : 37-2014-0003347-CU-PO-CTL
Case Name  : Estate of Ronnie Paul Sandoval, et al. v. County of San Diego, et al.

Invoice No. : 1021357 .        Invoice Date :3/31/2016
**Total Due  : $ 755.96**

Remit To: **Aptus Court Reporting**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# EXHIBIT 3

# COPYSCAN, INC.
Litigation Document Management

1133 COLUMBIA ST. #107
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2024 | 62367 |

| Bill To |
|---------|
| PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE |

| Ship To |
|---------|
| PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 58896 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 78 | ALPHA/NUMERIC TABS<br>RE: SANDOVAL 4/2/24  (A-Z X3)<br>Sales Tax | 0.25<br><br>7.75% | 19.50T<br><br>1.51 |

Please remit to above address.
Federal ID 33-0888027

**Total**    $21.01

# COPYSCAN, INC.
Litigation Document Management

1133 COLUMBIA ST. #107
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/19/2024 | 62402 |

| Bill To | Ship To |
|---------|---------|
| PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE | PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 58931 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 64 | ALPHA/NUMERIC TABS<br>RE: SIDE TABS 56-119 4/15/24 | 0.25 | 16.00T |
| | Sales Tax | 7.75% | 1.24 |

Please remit to above address.
Federal ID 33-0888027

**Total** $17.24

# COPYSCAN, INC.
Litigation Document Management

1133 COLUMBIA ST. #107
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/19/2024 | 62399 |

| Bill To |
|---------|
| PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE |

| Ship To |
|---------|
| PHG LAW GROUP<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN: LEANNA PIERCE |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 58921 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,853 | HEAVY LITIGATION COPYING | 0.20 | 370.60T |
| 139 | COLOR COPIES | 0.69 | 95.91T |
| 94 | ALPHA/NUMERIC TABS | 0.25 | 23.50T |
| 2,086 | PAGES PUNCHED/DRILLED(3 HOLE) | 0.01 | 20.86T |
| 3 | BINDERS(4") | 24.00 | 72.00T |
| 1 | LABOR FEE(HOURLY) DOC PREP | 45.00 | 45.00T |
| 1 | DATA TRANSFER-HIGHTAIL UPLOAD | 10.00 | 10.00T |
| | RE: PLAINTIFFS FINAL TRIAL EXHIBITS(56-149) | | |
| | Sales Tax | 7.75% | 49.43 |

Please remit to above address.
Federal ID 33-0888027

| | Total | $687.30 |
|--|-------|---------|

# EXHIBIT 4

Sandoval v. County of San Diego, et al.

Case details generated 03/09/2022

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Nov 8, 2016 | Postage | 1.0 | $6.45 | Mailing of Discovery Discs to Anna Sandoval | $6.45 | Invoiced | Vincent Renda |
| May 31, 2016 | Court Fees | 1.0 | $7.50 | Copy of Minute Order dated 12/23/2015 | $7.50 | Invoiced | Vincent Renda |
| May 13, 2016 | Court Reporter Fees | 1.0 | $689.50 | Jordan Media Inc. (Video of Michael Castro Depo) | $689.50 | Invoiced | Vincent Renda |
| May 10, 2016 | Court Reporter Fees | 1.0 | $3,519.03 | Aptus Court Reporting | $3,519.03 | Invoiced | Vincent Renda |
| Apr 27, 2016 | Attorney Services Firm | 1.0 | $89.80 | Knox Attorney Service | $89.80 | Invoiced | Vincent Renda |
| Apr 20, 2016 | Attorney Services Firm | 1.0 | $108.81 | Knox Attorney Service fee on Obtaining Records from San Diego Police Deparment | $108.81 | Invoiced | Vincent Renda |
| Apr 16, 2016 | Attorney Services Firm | 1.0 | $87.21 | Knox Attorney Service fee on Attempt to Retrieve Records from Scripps Memorial Hospital La Jolla | $87.21 | Invoiced | Vincent Renda |
| Apr 15, 2016 | Court Reporter Fees | 1.0 | $602.69 | Court Report Fee of Kramm Court Reporting for Deposition of Michael A. Castro | $602.69 | Invoiced | Vincent Renda |
| Mar 25, 2016 | Court Fees | 1.0 | $9.95 | Filing fee for Amendment to Complaint | $9.95 | Invoiced | Laurie Dillon |
| Mar 9, 2016 | Court Fees | 1.0 | $12.92 | e-service and e-filing of Amended Complaint and Proof of Service | $12.92 | Invoiced | Laurie Dillon |
| Mar 2, 2016 | Court Fees | 1.0 | $9.95 | Filing of Amended Complaint with One Legal | $9.95 | Invoiced | Laurie Dillon |
| Feb 26, 2016 | Court Fees | 1.0 | $9.95 | Filing of Documents | $9.95 | Invoiced | Laurie Dillon |
| Feb 26, 2016 | Court Fees | 2.0 | $12.92 | Filing and service of Documents | $25.84 | Invoiced | Laurie Dillon |
| Feb 23, 2016 | Travel Meals | 1.0 | $75.23 | | $75.23 | Invoiced | Vincent Renda |
| Feb 23, 2016 | Parking | 1.0 | $0.75 | Parking Expense for Deposition | $0.75 | Invoiced | Vincent Renda |
| Feb 22, 2016 | Travel Meals | 1.0 | $19.89 | | $19.89 | Invoiced | Vincent Renda |
| Feb 22, 2016 | Photocopies | 2000.0 | $0.10 | Photocopies in preparation of Depositions for 2/23/16 | $200.00 | Invoiced | Vincent Renda |
| Feb 17, 2016 | Court Fees | 1.0 | $9.95 | Filing fee of Notice of Errata, Declaration of Vincent Renda, Esq., , Order and Proof of Service | $9.95 | Invoiced | Laurie Dillon |
| Feb 8, 2016 | Court Fees | 1.0 | $60.00 | Motion Filing Fee of Plaintiff's Motion for Leave to Amend Complaint | $60.00 | Invoiced | Vincent Renda |
| Dec 28, 2015 | Witness Fees | 1.0 | $39.52 | Deposition Subpoena for Personal Appearance of Michael Castro ($35/day, .20/mile both ways) | $39.52 | Invoiced | Vincent Renda |
| Dec 16, 2015 | Postage | 1.0 | $2.46 | Mailing of Notice of Association of Counsel to Opposing Counsel, Court and Co-Counsel | $2.46 | Invoiced | Vincent Renda |
| Sep 1, 2015 | Postage | 1.0 | $1.15 | Mailing of Plaintiff's Set Two of Discovery Requests to Defendant COSD | $1.15 | Invoiced | Vincent Renda |
| May 26, 2015 | PACER | 1.0 | $76.10 | Legal Research via PACER | $76.10 | Invoiced | Cesar Gonzalez |

## Case Details

| | |
|---|---|
| **Case Number** | 37-2014-00033347-CU-PO-CTL |
| **Case Title** | Estate of Ronnie Paul Sandoval v. County of San Diego [IMAGED] |
| **Case Category** | Civil |
| **Case Type** | (U)Other PI/PD/WD: Wrongful Death (Other) |
| **Case Status** | Stayed/Removed |
| **Date Filed** | 10/01/2014 |
| **Case Age** | 811 |
| **Location** | Central |
| **Judicial Officer** | LEWIS, JOAN M. |

## Case Parties

| Name | Role | Representation |
|---|---|---|
| County Of San Diego | Defendant | **Chapin, James M** |
| DEGUZMAN, ROMEO | Defendant | |
| Estate of Ronnie Paul Sandoval | Plaintiff | **Renda, Vincent** ; Morris, Christopher S |
| HARRIS, DANA | Defendant | |
| Llamado, Maria | Defendant | |
| San Diego County Jail | Defendant | |
| San Diego County Sheriffs Department | Defendant | |
| Sandoval, Ana | Plaintiff | **Morris, Christopher S** ; Renda, Vincent |
| Sandoval, Josiah | Plaintiff | **Morris, Christopher S** ; Renda, Vincent |
| Sandoval, Ronnie, JR | Plaintiff | **Morris, Christopher S** ; Renda, Vincent |

## Representation

| Name | Address | Phone Number |
|---|---|---|
| Chapin, James M | County of San Diego, 1600 Pacific HWY 3551, San Diego, CA 92101 | 619-531-5244; 619-533-5800 |
| Morris, Christopher S | PHG LAW GROUP, 501 Broadway W 1480, San Diego, CA 92101 | 619-826-8060 |
| Renda, Vincent | Renda Law Offices PC, 600 West Broadway 400, San Diego, CA 92101 | 619-819-0011; 866-303-8383; 858-868-5000 |

## Scheduled Hearings

No Future Hearings.

## Register of Actions

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| | 6/24/2016 | Jury Trial<br>• Hearing Date: 6/24/2016 9:45 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |
| | 6/3/2016 | Trial Readiness Conference<br>• Hearing Date: 6/3/2016 10:00 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| 76 | 6/1/2016 | Civil Jury Trial scheduled for 06/24/2016 at 09:45:00 AM at Central in C-65 Joan M. Lewis was vacated. | N/A |
| 77 | 6/1/2016 | Trial Readiness Conference (Civil) scheduled for 06/03/2016 at 10:00:00 AM at Central in C-65 Joan M. Lewis was vacated. | N/A |
| 75 | 4/27/2016 | Notice of Removal to Federal Court<br>Notice of Removal to Federal Court filed by DEGUZMAN, ROMEO; HARRIS, DANA; Llamado, Maria; County Of San Diego.<br>Filed By: *Defendant* DEGUZMAN, ROMEO<br>*Defendant* HARRIS, DANA<br>*Defendant* Llamado, Maria<br>*Defendant* County Of San Diego | Notice of Removal to Federal Court<br>• Page Count: 8 |
| 74 | 4/21/2016 | Declaration - Other<br>Declaration - Other (in support of petition for order) filed by Estate of Ronnie Paul Sandoval; Sandoval, Ana; Sandoval, Ronnie Jr; Sandoval, Josiah.<br>Filed By: *Plaintiff* Sandoval, Ronnie, JR<br>*Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Josiah<br>*Plaintiff* Sandoval, Ana | Declaration - Other<br>• Page Count: 7 |
| 73 | 4/7/2016 | Answer<br>Answer filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego<br>Refers To: *Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Ana | Answer<br>• Page Count: 5 |
| 72 | 3/24/2016 | Amendment to Complaint/Cross-Complaint Naming Doe<br>Amendment to Complaint/Cross-Complaint naming Doe (DOES 2 - 4) filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 2220075<br>Filed By: *Plaintiff* Sandoval, Ana<br>*Plaintiff* Estate of Ronnie Paul Sandoval<br>Refers To: *Defendant* DEGUZMAN, ROMEO<br>*Defendant* Llamado, Maria<br>*Defendant* HARRIS, DANA | Amendment to Complaint/Cross-Complaint naming Doe<br>• Page Count: 3 |
| 71 | 3/8/2016 | Proof of Service<br>Proof of Service filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 1215104<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Ana | Proof of Service<br>• Page Count: 1 |
| 70 | 3/8/2016 | Amended Complaint<br>Amended Complaint (1ST) filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 1215104<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Josiah<br>*Plaintiff* Sandoval, Ronnie, JR<br>*Plaintiff* Sandoval, Ana<br>Refers To: *Defendant* San Diego County Jail<br>*Defendant* HARRIS, DANA<br>*Defendant* Llamado, Maria<br>*Defendant* DEGUZMAN, ROMEO<br>*Defendant* County Of San Diego | Amended Complaint<br>• Page Count: 30 |

| ROA Number | Event Date | Event Type / Comments    Page 56 of 64 | Documents |
|---|---|---|---|
| | 3/4/2016 * | Summary Judgment/Summary Adjudication<br>• Hearing Date: 3/4/2016 8:30 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |
| | 3/4/2016 | Motion Hearing<br>• Hearing Date: 3/4/2016 8:30 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |
| 69 | 3/4/2016 | Minutes finalized for Motion Hearing (Civil) heard 03/04/2016 08:30:00 AM. | Minute Order<br>• Page Count: 2 |
| 68 | 3/3/2016 | Tentative Ruling for Motion Hearing (Civil) published. | Tentative Rulings<br>• Page Count: 1 |
| 67 | 2/26/2016 | Proof of Service<br>Proof of Service filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 1212537<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>      *Plaintiff* Sandoval, Ana | Proof of Service<br>• Page Count: 1 |
| 65 | 2/26/2016 | Reply to Opposition<br>Reply to Opposition - Other filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 1212525<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>      *Plaintiff* Sandoval, Ana | Reply to Opposition - Other<br>• Page Count: 10 |
| 66 | 2/26/2016 | Declaration - Other<br>Declaration - Other filed by Sandoval, Ana; Sandoval, Ana; Estate of Ronnie Paul Sandoval; Estate of Ronnie Paul Sandoval.; Transaction Number: 1212525<br>Filed By: *Plaintiff* Sandoval, Ana<br>      *Plaintiff* Estate of Ronnie Paul Sandoval | Declaration - Other<br>• Page Count: 5 |
| 64 | 2/22/2016 | Opposition<br>Opposition - Other (Memorandum of Points & Authorities in Opposition to Motion for Leave to Amend Complaint) filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego | Opposition - Other<br>• Page Count: 6 |
| 63 | 2/22/2016 | Summary Judgment / Summary Adjudication (Civil) scheduled for 03/04/2016 at 08:30:00 AM at Central in C-65 Joan M. Lewis was vacated. | N/A |
| 62 | 2/11/2016 | Proof of Service<br>Proof of Service filed by Sandoval, Ana; Sandoval, Ana.; Transaction Number: 1208241<br>Filed By: *Plaintiff* Sandoval, Ana | Proof of Service<br>• Page Count: 2 |
| 60 | 2/11/2016 | Declaration - Other<br>Declaration - Other (of Vincent Renda in Support of Motion for Leave to Amend Complaint) filed by Sandoval, Ana; Sandoval, Ana.; Transaction Number: 1208241<br>Filed By: *Plaintiff* Sandoval, Ana | Declaration - Other<br>• Page Count: 4 |
| 61 | 2/11/2016 | Order - Other<br>Order - Other ((Proposed) Order) submitted by Sandoval, Ana; Sandoval, Ana received but not filed on 02/11/2016.; Transaction Number: 1208241<br>Filed By: *Plaintiff* Sandoval, Ana | Order - Other<br>• Page Count: 1 |

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| 59 | 2/11/2016 | Notice of Errata<br>Notice of Errata filed by Sandoval, Ana; Sandoval, Ana.;<br>Transaction Number: 1208241<br>Filed By: *Plaintiff* Sandoval, Ana | Notice of Errata<br>• Page Count: 2 |
| 58 | 2/8/2016 | Motion for Leave to Amend<br>Motion for Leave to Amend filed by Estate of Ronnie Paul<br>Sandoval; Sandoval, Ana.<br>Filed By: *Plaintiff* Sandoval, Ana<br>    *Plaintiff* Estate of Ronnie Paul Sandoval | Motion for Leave to Amend<br>• Page Count: 40 |
| 57 | 1/29/2016 | Order - Other<br>Order - Other filed by Estate of Ronnie Paul Sandoval.<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval | Order - Other<br>• Page Count: 3 |
|  | 12/23/2015 | Ex Parte Hearing<br>• Hearing Date: 12/23/2015 8:30 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |
| 53 | 12/23/2015 | Motion Hearing (Civil) continued pursuant to party's motion to<br>03/04/2016 at 08:30AM before Judge Joan M. Lewis. | N/A |
| 54 | 12/23/2015 | Trial Readiness Conference (Civil) continued pursuant to party's<br>motion to 06/03/2016 at 10:00AM before Judge Joan M. Lewis. | N/A |
| 55 | 12/23/2015 | Civil Jury Trial continued pursuant to party's motion to<br>06/24/2016 at 09:45AM before Judge Joan M. Lewis. | N/A |
| 56 | 12/23/2015 | Minutes finalized for Ex Parte heard 12/23/2015 08:30:00 AM. | Minute Order<br>• Page Count: 1 |
| 45 | 12/22/2015 | Ex Parte Application & Declaration<br>Ex Parte Application - Other and Supporting Documents<br>filed by Estate of Ronnie Paul Sandoval.<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval | Ex Parte Application - Other and Supporting<br>Documents<br>• Page Count: 26 |
| 46 | 12/18/2015 | Association of Attorney<br>Association of Attorney filed by Estate of Ronnie Paul<br>Sandoval; Sandoval, Ana.<br>Filed By: *Plaintiff* Sandoval, Ana<br>    *Plaintiff* Estate of Ronnie Paul Sandoval | Association of Attorney<br>• Page Count: 3 |
| 44 | 12/16/2015 | Ex Parte scheduled for 12/23/2015 at 08:30:00 AM at Central in<br>C-65 Joan M. Lewis. | N/A |
| 43 | 12/16/2015 | Motion Hearing (Civil) scheduled for 06/03/2016 at 08:30:00<br>AM at Central in C-65 Joan M. Lewis. | N/A |
| 42 | 12/14/2015 | Motion for Summary Judgment and/or Adjudication<br>Motion for Summary Judgment and/or Adjudication (and<br>Supporting Documents) filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego | Motion for Summary Judgment and/or<br>Adjudication<br>• Page Count: 53 |
| 41 | 11/19/2015 | Disassociation of Attorney<br>Disassociation of Attorney (and Notice of Attorney's Lien)<br>filed by Estate of Ronnie Paul Sandoval; Sandoval, Ana.<br>Filed By: *Plaintiff* Sandoval, Ana<br>    *Plaintiff* Estate of Ronnie Paul Sandoval | Disassociation of Attorney<br>• Page Count: 2 |
|  | 7/14/2015 | Ex Parte Hearing<br>• Hearing Date: 7/14/2015 8:30 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| 40 | 7/14/2015 | Notice of Rescheduled Hearing SD generated. | Notice of Rescheduled Hearing SD<br>• Page Count: 2 |
| 39 | 7/14/2015 | Notice of Rescheduled Hearing SD generated. | Notice of Rescheduled Hearing SD<br>• Page Count: 2 |
| 37 | 7/14/2015 | Civil Jury Trial continued pursuant to party's motion to 04/15/2016 at 09:45AM in Department C-65. | N/A |
| 38 | 7/14/2015 | Minutes finalized for Ex Parte heard 07/14/2015 08:30:00 AM. (As Amended) | Minute Order<br>• Page Count: 1 |
| 34 | 7/14/2015 | Notice of Rescheduled Hearing SD generated. | Notice of Rescheduled Hearing SD<br>• Page Count: 2 |
| 33 | 7/14/2015 | Notice of Rescheduled Hearing SD generated. | Notice of Rescheduled Hearing SD<br>• Page Count: 2 |
| 29 | 7/14/2015 | Trial Readiness Conference (Civil) continued pursuant to party's motion to 03/25/2016 at 10:00AM in Department C-65. | N/A |
| 30 | 7/14/2015 | Civil Jury Trial continued pursuant to party's motion to 04/15/2015 at 09:45AM in Department C-65. | N/A |
| 31 | 7/14/2015 | Summary Judgment / Summary Adjudication (Civil) scheduled for 03/04/2016 at 08:30AM before Judge Joan M. Lewis. | N/A |
| 32 | 7/14/2015 | Minutes finalized for Ex Parte heard 07/14/2015 08:30:00 AM. (Subsequently amended - See ROA # 38) | Minute Order<br>• Page Count: 1 |
| 23 | 7/10/2015 | Ex Parte Application & Declaration<br>    Ex Parte Appilcation - Other and Supporting Documents filed by Estate of Ronnie Paul Sandoval.<br>    Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval | Ex Parte Application - Other and Supporting Documents<br>• Page Count: 10 |
| 22 | 6/19/2015 | Ex Parte scheduled for 07/14/2015 at 08:30:00 AM at Central in C-65 Joan M. Lewis. | N/A |
| 21 | 4/15/2015 | Notice<br>    Notice - Other (RE: CHANGE OF HANDLING FIRM) filed by Sandoval, Ana; Estate of Ronnie Paul Sandoval.<br>    Filed By: *Plaintiff* Sandoval, Ana<br>        *Plaintiff* Estate of Ronnie Paul Sandoval<br>    Refers To: *Defendant* County Of San Diego<br>        *Defendant* San Diego County Sheriffs Department<br>        *Defendant* San Diego County Jail | Notice - Other<br>• Page Count: 3 |
| | 3/6/2015 | Case Management Conference<br>• Hearing Date: 3/6/2015 10:45 AM<br>• Judicial Officer: LEWIS, JOAN M.<br>• Department: C-65 | N/A |
| 19 | 3/6/2015 | Minutes finalized for Civil Case Management Conference heard 03/06/2015 10:45:00 AM. | Minute Order<br>• Page Count: 1 |
| 16 | 3/6/2015 | Civil Jury Trial scheduled for 12/04/2015 at 09:45AM before Judge Joan M. Lewis. | N/A |
| 17 | 3/6/2015 | Trial Readiness Conference (Civil) scheduled for 11/20/2015 at 10:00AM before Judge Joan M. Lewis. | N/A |
| 18 | 3/6/2015 | Jury demanded by Plainitff and Defendat. | N/A |

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| 13 | 3/6/2015 | Notice of Jury Fee Deposit<br>Notice of Jury Fee Deposit filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego | Notice of Jury Fee Deposit<br>• Page Count: 2 |
| 12 | 2/25/2015 | Case Management Statement<br>Case Management Statement filed by Estate of Ronnie Paul<br>Sandoval; Sandoval, Ana.<br>Filed By: *Plaintiff* Sandoval, Ana<br>    *Plaintiff* Estate of Ronnie Paul Sandoval | Case Management Statement<br>• Page Count: 6 |
| 20 | 2/23/2015 | Notice of Jury Fee Deposit<br>Notice of Jury Fee Deposit filed by Estate of Ronnie Paul<br>Sandoval.<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval | Notice of Jury Fee Deposit<br>• Page Count: 1 |
| 11 | 2/18/2015 | Case Management Statement<br>Case Management Statement filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego | Case Management Statement<br>• Page Count: 6 |
| 10 | 12/2/2014 | Answer<br>Answer filed by County Of San Diego.<br>Filed By: *Defendant* County Of San Diego<br>Refers To: *Plaintiff* Estate of Ronnie Paul Sandoval | Answer<br>• Page Count: 5 |
| 9 | 11/26/2014 | Amendment to Complaint/Cross-Complaint Naming Doe<br>Amendment to Complaint/Cross-Complaint naming Doe<br>(Doe 1) filed by Estate of Ronnie Paul Sandoval.<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>Refers To: *Defendant* San Diego County Sheriffs Department | Amendment to Complaint/Cross-Complaint<br>naming Doe<br>• Page Count: 1 |
| 8 | 11/7/2014 | Proof of Service of 30-day Summons & Complaint -<br>Proof of Service of 30-day Summons & Complaint -<br>Personal (County of San Diego) filed by Estate of Ronnie<br>Paul Sandoval; Sandoval, Ana.<br>Filed By: *Plaintiff* Sandoval, Ana<br>    *Plaintiff* Estate of Ronnie Paul Sandoval<br>Refers To: *Defendant* County Of San Diego | Proof of Service of 30-day Summons &<br>Complaint - Personal<br>• Page Count: 2 |
| 7 | 10/2/2014 | Case initiation form printed. | Notice of Case Assignment SD<br>• Page Count: 2 |
| 6 | 10/2/2014 | Civil Case Management Conference scheduled for 03/06/2015<br>at 10:45:00 AM at Central in C-65 Joan M. Lewis. | N/A |
| 4 | 10/2/2014 | Summons issued. | N/A |
| 5 | 10/1/2014 | Case assigned to Judicial Officer Lewis, Joan. | N/A |
| 3 | 10/1/2014 | Summons (Civil)<br>Original Summons filed by Sandoval, Ana; Estate of Ronnie<br>Paul Sandoval.; Transaction Number: 187543<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>    *Plaintiff* Sandoval, Ana<br>Refers To: *Defendant* County Of San Diego<br>    *Defendant* San Diego County Jail | Original Summons<br>• Page Count: 1 |

| ROA Number | Event Date | Event Type / Comments | Documents |
|---|---|---|---|
| 1 | 10/1/2014 | Civil Complaint<br>Complaint filed by Sandoval, Ana; Estate of Ronnie Paul Sandoval.; Transaction Number: 187543<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Ana<br>Refers To: *Defendant* County Of San Diego<br>*Defendant* San Diego County Jail<br>*Defendant* San Diego County Sheriffs Department | Complaint<br>• Page Count: 11 |
| 2 | 10/1/2014 | Civil Case Cover Sheet<br>Civil Case Cover Sheet filed by Sandoval, Ana; Estate of Ronnie Paul Sandoval.; Transaction Number: 187543<br>Filed By: *Plaintiff* Estate of Ronnie Paul Sandoval<br>*Plaintiff* Sandoval, Ana<br>Refers To: *Defendant* County Of San Diego<br>*Defendant* San Diego County Jail | Civil Case Cover Sheet<br>• Page Count: 2 |

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

© 2021 – San Diego Superior Court

# EXHIBIT 5

1/13/2021
10:44 AM

Morris Law Firm, APC
Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client.Matter | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 6902<br>8/30/2017<br>WIP<br>Vincent Renda - check #5642 | EXP | Chris<br>Outside Services<br>Sandoval.County of SD | 1 | 2500.00 | 2500.00 |
| 10901<br>3/2/2018<br>WIP<br>Pay.gov CASD CM ECF | EXP | Chris<br>Filing Fee<br>Sandoval.County of SD | 1 | 505.00 | 505.00 |
| 10899<br>7/19/2018<br>WIP<br>The UPS Store Delivery Cost | EXP | Chris<br>Delivery<br>Sandoval.County of SD | 1 | 36.24 | 36.24 |
| 11087<br>10/16/2018<br>WIP<br>Copyscan, INC - Copying cost (INV55899) | EXP | Chris<br>Outside Copies<br>Sandoval.County of SD | 1 | 36.96 | 36.96 |
| 12801<br>5/10/2019<br>WIP<br>CopyScan Copying cost - Invoice 57056 | EXP | Chris<br>Outside Copies<br>Sandoval.County of SD | 1 | 5.93 | 5.93 |
| 13377<br>10/11/2019<br>WIP<br>Hangham Huntington Pasadena - attorney Morris<br>and attorney Pena lodging | EXP | Chris<br>Travel Expenses<br>Sandoval.County of SD | 1 | 610.30 | 610.30 |
| 13378<br>10/15/2019<br>WIP<br>Langham Hotel Pasadena | EXP | Chris<br>Travel Expenses<br>Sandoval.County of SD | 1 | 63.83 | 63.83 |
| 13382<br>10/17/2019<br>WIP<br>Pasadena Travel Meals 10/16/19 - 10/17/19 | EXP | Chris<br>Travel Expenses<br>Sandoval.County of SD | 1 | 190.70 | 190.70 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 30674.72 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 30674.72 |

# COPYSCAN, INC.
litigation Document Management

1133 COLUMBIA ST. #107
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/19/2018 | 55359 |

| Bill To |
|---------|
| MORRIS LAW FIRM<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN:LEANNA PIERCE |

| Ship To |
|---------|
| MORRIS AND ASSOCIATES<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN:LEANNA PIERCE |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 51790 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3,001 | LASER PRINTS | 0.08 | 240.08T |
| 3,047 | PAPER PUNCHING(VELO/GBC) | 0.01 | 30.47T |
| 23 | VELOBIND/GBC | 2.00 | 46.00T |
| 23 | SPECIAL COVERS(SET) | 1.00 | 23.00T |
| | RE: BRIEFS FOR 9TH CIRCUIT 7-19-18 | | |
| | Sales Tax | 7.75% | 26.32 |

Please remit to above address.
Federal ID 33-0888027

**Total** | **$365.87**

# COPYSCAN, INC.

Litigation Document Management

1133 COLUMBIA ST. #107
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2018 | 55899 |

| Bill To |
|---------|
| MORRIS AND ASSOCIATES<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN:LEANNA PIERCE |

| Ship To |
|---------|
| MORRIS AND ASSOCIATES<br>501 WEST BROADWAY #1480<br>SAN DIEGO, CA 92101<br>ATTN:LEANNA PIERCE |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 52310 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 133 | LIGHT LITIGATION COPYING | 0.10 | 13.30T |
| 7 | VELOBIND/GBC | 2.00 | 14.00T |
| 7 | SPECIAL COVERS(SET) | 1.00 | 7.00T |
| | RE:SANDOVAL V. COUNTY OF SAN DIEGO | | |
| | Sales Tax | 7.75% | 2.66 |

15-056

Please remit to above address.
Federal ID 33-0888027

| | **Total** | **$36.96** |
|--|-----------|-----------|