EXHIBIT 4

Vincent Renda, Esq., SBN 213985
RENDA LAW OFFICES
600 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 819-0011
Facsimile: (619) 819-0012

Christopher S. Morris, Esq., SBN 163188
Danielle R. Pena, Esq., SBN 286002
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for PLAINTIFFS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO – CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Public Entity; SAN DIEGO COUNTY JAIL, a Public Entity and DOES 1-100,<br><br>Defendants. | Case No.: 37-2014-00033347-CU-PO-CTL<br><br>**AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAME FOR DOE DEFENDANTS 2-4**<br><br>Judge: Honorable Joan M. Lewis<br><br>Dept: C-65 |

**AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAME FOR DOE DEFENDANTS:**

Upon filing the complaint and first amended complaint (the "Complaint") in the above-entitled matter, plaintiffs Estate of Ronnie Paul Sandoval and Ana Sandoval ("Plaintiffs"), being ignorant of true name of three (3) defendants, designated in the Complaint by a fictitious name. Having now discovered the true name of:

1

DOE 2 to be ROMEO DEGUZMAN as to Cause of Action # 1, 4, 5, 6, 8, and 9 listed in the First Amended Complaint filed March 8, 2016;

DOE 3 to be MARIA LLAMADO as to Cause of Action # 1, 4, 5, 6, 8, and 9 listed in the First Amended Complaint filed March 8, 2016; and

DOE 4 to be DANA HARRIS as to Cause of Action # 1, 4, 5, 6, 8, and 9 listed in the First Amended Complaint filed March 8, 2016.

Plaintiffs hereby amend said Complaint, substituting such true names in the place of such fictitious name wherever it appears in said Complaint.

Dated: March 24, 2016                                              RENDA LAW OFFICES

By _____
Vincent Renda, Esq.
Attorneys for Plaintiffs, ESTATE OF
RONNIE PAUL SANDOVAL and ANA
SANDOVAL, an individual

| ATTORNEY OR PARTY WITHOUT ATTORNEY AND ADDRESS<br>Vincent Renda, Esq. (213985)<br>RENDA LAW OFFICES<br>600 West Broadway, Suite 400<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiffs | TELEPHONE NO.<br>(619) 819-0011 | COURT USE ONLY |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF SAN DIEGO, CENTRAL DIVISION** | | |
| Plaintiff(s)   Estate of Ronnie Paul Sandoval, et al. | I/C Judge: Hon. Joan M. Lewis<br>Dept:   C-65 | |
| Defendant(s)   County of San Diego, et al. | | |
| **PROOF OF SERVICE** | Case No. 37-2014-00033347-CU-PO-CTL | |

I, Cesar Gonzalez, declare that: I am over the age of eighteen years and not a party to the case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 600 West Broadway, Suite 400, San Diego, California 92101.

That on **March 24, 2016**, I served the following document(s):

1. **AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAME FOR DOE DEFENDANTS #2-4;**

__X__   **Service By Mail (CCP 1013a(1)&(3))** I declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business. In accordance with that practice, I placed a true and correct copy of the document(s) listed above in a separate envelope addressed to each addressee listed below. I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above.

__X__   **Service By E-Mail Or Electronic Transmission**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be electronically served to the individuals listed below by sending a request for service to the San Diego Superior Court's e-file provider, One Legal. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___   **Service By Facsimile Transmission (CRC, Rule 2.306)** I served by facsimile from facsimile number (619) 819-0012 to the facsimile number(s) listed below, pursuant to California Rules of Court, Rule 2.306. The transmission was complete and without error and a copy of the transmission report is attached hereto.

| James M. Chapin, Esq.<br>Office of County Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>Tel: (619) 531-5244 / Fax: (619) 531-6005<br>James.chapin@sdcounty.ca.gov<br>**Attorneys for Defendant, County of San Diego** | Christopher S. Morris, Esq.<br>MORRIS LAW FIRM, APC<br>401 West A Street, Suite 1820<br>San Diego, CA 92101<br>Tel: (619) 826-8060 / Fax: (619) 826-8065<br>cmorris@morrislawfirmapc.com<br>**Attorneys for Plaintiffs** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 24, 2016.**

_____
Cesar Gonzalez