# EXHIBIT 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al.; <br><br> Defendants. | Case No. 16cv1004-BEN-SBC <br><br> **JUDGMENT IN A CIVIL ACTION** |

A jury tried this action, with the Honorable Roger T. Benitez presiding, and the jury rendered its verdict on April 25, 2024 (Dkt. 189 & 190).

WHEREFORE, IT IS ORDERED AND ADJUDGED:

Verdict in favor of Plaintiff Estate of Ronnie Paul Sandoval against Defendants Romeo DeGuzman and Dana Harris in accord with Dkt. 189 in the amount of $1,800,000.

Costs and attorney's fees are to be determined by further order of the Court.

It is HEREBY ORDERED that this Judgment be entered.

Dated: February 10, 2025

_____
Roger T. Benitez
UNITED STATES DISTRICT JUDGE