Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Office of Joseph M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO;<br><br>Defendants. | Case No. 16cv1004-BEN-SBC<br><br>**PLAINTIFFS' NOTICE OF APPLICATION OF BILL OF COSTS**<br><br>Date: April 22, 2025<br>Time: 11:00 a.m.<br>Dept.: Telephonic |

NOTICE ON BILL OF COSTS                                                                                                       16CV1004-BEN-SBC

1  TO: DEFENDANTS AND TO THEIR ATTORNEY OF RECORD:

2  PLEASE TAKE NOTICE that on April 22, 2025, at 11:00 a.m., or as soon thereafter as the matter may be heard telephonically, Plaintiff The Estate of Ronnie Paul Sandoval, by and through their counsel of record PHG Law Group and Law Office of Joseph M. McMullen will move the court for its Bill of Costs as the prevailing party.

The application is based upon this notice, the accompanying memorandum of costs and attachments thereto, the Declarations of Vincent Renda and Danielle R. Pena and the Bill of Costs.

**PHG Law Group**

Dated:  April 4, 2025

s/ *Danielle R. Pena*
Danielle R. Pena, Esq.
Attorneys for Plaintiff