By: CHRISTOPHER M. BLAYLOCK, Senior Deputy (SBN 284629)
    JENNIFER M. MARTIN Senior Deputy (SBN 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4893; Fax: (619) 531-6005
Email: christopher.blaylock@sdcounty.ca.gov
Email: jennifer.martin2@sdcounty.ca.gov

Attorneys for Defendants Romeo De Guzman and Dana Harris

Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Offices of Joe M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL and ANA SANDOVAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Public Entity; SAN DIEGO COUNTY JAIL, a Public Entity; and DOES 1-100,<br><br>Defendants. | No. 3:16-cv-01004-BEN-SBC<br><br>**JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5)&(6) AND JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Magistrate Judge Hon. Steve B. Chu |

ALL PARTIES IN THIS ACTION, through their respective attorneys of record, HEREBY STIPULATE and AGREE and jointly move the Court for an order for relief from the judgment entered in this action on February 10, 2025 (ECF 201), under Federal Rules of Civil Procedure section 60(b)(5) and (6) on the grounds that the parties have reached a full and final settlement of all claims and issues in this matter, including the amounts at issue in the judgment and fees and costs. Therefore, the judgment has been satisfied and released, and it is no longer equitable that the judgment should have prospective application.

Further, ALL PARTIES IN THIS ACTION, through their respective attorneys of record, HEREBY STIPULATE and AGREE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) that the entire action is to be dismissed, with prejudice. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: September 22, 2025　　　**OFFICE OF COUNTY COUNSEL**

s/ *Christopher Blaylock*
Jennifer M. Martin
Christopher Blaylock
Attorneys for Defendants Romeo De Guzman and Dana Harris

Dated: September 22, 2025　　　**PHG Law Group**

s/ *Danielle R. Pena*
Danielle R. Pena, Esq.

s/ *Joseph M. McMullen*
Joseph M. McMullen, Esq.

Attorneys for Plaintiff Estate of Ronnie Sandoval