UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE PAUL SANDOVAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.;<br><br>Defendants. | Case No. 16cv1004-BEN-SBC<br><br>**ORDER GRANTING JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5)&(6) AND JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:     Hon. Roger T. Benitez<br>Courtroom: 5A, Schwartz Courthouse<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Parties' joint motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(5)&(6) and Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is granted.

IT IS FURTHER ORDERED that each party shall bear their fees and costs.

Dated:   9/22/25

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE